

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

July 13, 2023

<u>VIA ECF</u>

Honorable Alan S. Trust
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

Re:  <u>Corey S. Ribotsky, Chapter 7 Case no. 8-23-70583-AST</u>

To The Honorable Chief Judge Trust:

I write this letter on behalf of creditor U.S. Securities and Exchange Commission ("SEC"), to inform the Court that the bankruptcy case of Corey S. Ribotsky was administratively closed on June 29, 2023.  However, in accordance with the Court's directive at a hearing in this case on May 11, 2023 and the Court's Order entered on May 19, 2023, two letter briefs concerning whether the SEC's claim is non-dischargeable were filed and are outstanding.

If the Court determines that further action is required, we will file a motion to reopen the case.

                                              Respectfully submitted,

                                              <u>/s/ Patricia Schrage</u>
                                              Patricia Schrage
                                              Senior Bankruptcy Counsel
                                              New York Regional Office
                                              100 Pearl Street, Suite 20-100
                                              New York, NY 10004
                                              Tel.: 212-336-1100
                                              Schragep@sec.gov

cc: Michael Farina, Esq. (By Email)
    Allan B. Mendelsohn, Esq. (By Email)
    William Birmingham, Esq. (By Email)