UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

COREY S. RIBOTSKY,

            Debtor.

---

Case No. 8-23-70583-AST
Chapter 7

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed memorandum of law and accompanying papers, and pursuant to the Court's April 22, 2024 Order, Dkt. No. 83 ("Order"), permitting the parties to move for summary judgment on the remaining claims as to the dischargeability of the Consent Judgment (as defined in the Order) for the second time, the Securities and Exchange Commission will move for Summary Judgment on the dischargeability of the Consent Judgment (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, objections to the Motion, if any, shall be filed with the Court and served upon counsel to the U.S. Securities and Exchange Commission, 100 Pearl Street, New York, NY 10004 (att'n Neal Jacobson and Patricia Schrage) so as to be received by May 21, 2024.

Dated: May 7, 2024
       New York, New York

                              UNITED STATES SECURITIES AND
                              EXCHANGE COMMISSION

                              By: */s/Neal Jacobson*
                              Neal Jacobson
                              Patricia Schrage
                              New York Regional Office
                              100 Pearl Street, Suite 20-100New York,
                              NY 10004
                              Tel.: 212-336-1100
                              Jacobsonn@sec.gov