UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

COREY S. RIBOTSKY,

              Debtor.

Case No. 8-23-70583-AST
Chapter 7

## DECLARATION OF SERVICE

Neal Jacobson, declares under penalty of perjury as follows:

1. I am a lawyer employed by the New York Regional Office of the Securities and Exchange Commission ("SEC").

2. On May 21, 2024, I caused a true and correct copy of the Securities and Exchange Commission's Reply Memorandum of Law in Further Support of its Motion for Summary Judgment on the Dischargeability of Corey Ribotsky's Consent Judgment for Violation of the Federal Securities Laws, to be served on the parties that receive electronic notification in this proceeding by email to the following:

    Ronald D. Weiss, Esq.
    445 Broadhollow Road, Suite CL-10
    Melville, NY 11747
    weiss@ny-bankruptcy.com

    Kevin Krupnick,
    The Krupnick Firm
    kkrupnick@krupnickfirm.com

Dated: New York, New York
       May 21, 2024                            /s/Neal Jacobson_____
                                                  Neal Jacobson