Brooklyn Office

26 Court Street
Suite 2206
Brooklyn, NY 11242

Queens Office

118-35 Queens Blvd
Suite 400
Forest Hills, NY 11735

Nassau Office

34 Willis Ave
Mineloa, NY 11501

**RONALD D. WEISS, P.C.**

445 Broadhollow Road, Suite CL-10, Melville, New York 11747
phone: (631)271-3737 • fax: (631)271-3784
email: weiss@fresh-start.com

May 22, 2024

**VIA CM/ECF**
Honorable Judge
Alan S. Trust
United States Bankruptcy Court
Eastern District Of New York
290 Federal Plaza
Central Islip, NY 11722

      In Re: Corey S. Ribotsky
      Chapter 7 Bankruptcy Case # 8-23-70583-AST

To The Honorable Judge Alan S. Trust,

    As you are aware, this office represents Corey S. Ribotsky (the "Debtor") in the above referenced Chapter 7 case.

    Pursuant to the Court Order dated April 22, 2024, we were required to electronically file opposition to the Securities and Exchange Commission's ("SEC") Second Motion for Summary Judgment by May 21, 2024. Unfortunately, due to a service interruption with pacer, which lasted throughout the late afternoon yesterday through early morning today, we were unable file our opposition timely. However, we served our opposition upon the SEC yesterday and filed it today, once pacer was restored.

    If you should have any questions or concerns, please feel free to contact us.

                                   Respectfully,

                                   Ronald D. Weiss
                                   *Attorney for Debtor,*
                                   *Corey S. Ribotsky*

CC: Securities and Exchange Commission
    (Attn: Neal Jacobson, Esq.; via email: JacobsonN@sec.gov)