UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                    Chapter 7
                                                                                                  Case No. 23-70583-ast
COREY S. RIBOTSKY,

                                             Debtor.
-----------------------------------------------------------X

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that a final Order granting this firm's motion to withdraw as counsel for Debtor in this case, of which the within is a proposed copy, shall be presented to the Honorable Alan S. Trust, Chief United States Bankruptcy Judge of the United States Bankruptcy Court, Eastern District of New York on the 9th Day of July 2024, at 10:30 a.m.

Dated: Melville, New York        Law Office of Ronald D. Weiss, P.C.
       July 2, 2024                     Attorneys for Debtor

                                            By: /s/ Ronald D. Weiss
                                                Ronald D. Weiss, Esq.
                                                445 Broadhollow Rd,
                                                Suite CL-10
                                                Melville, NY 11747
                                                Phone: (631) 271-3737