UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    Chapter 7
                                                                              Case No. 23-70583-ast
COREY S. RIBOTSKY,

                                Debtor.
------------------------------------------------------------X

### ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(d) AUTHORIZING THE LAW OFFICE OF RONALD D. WEISS, P.C. TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR IN THIS BANKRUPTCY CASE

Upon the Notice of Hearing On Motion dated April 11, 2024, and the Affirmation in Support of the motion by the Law Office of Ronald D. Weiss, P.C. for an order pursuant to Local Bankruptcy Rule 2090-1(d), authorizing the Law Office of Ronald D. Weiss, P.C. to withdraw as counsel of record for Debtor herein, and (b) granting such other and further relief as the Court deems just and proper, and upon the hearing conducted by this Court on June 16, 2024 and Scott T. Dillon having appeared in support of the motion; and after due deliberation and sufficient cause appearing therefore; and the Law Office of Ronald D. Weiss, P.C. having served this Order on all parties to this action by Notice of Settlement dated July 2, 2024, as is evidenced by the affidavit of service filed with the Clerk of this Court; and no other notice being necessary or required, except as set forth herein, and upon all of the prior proceedings heretofore had herein, it is hereby:

ORDERED, the Law Office of Ronald D. Weiss, P.C. is authorized to withdraw as counsel for the Debtor in this chapter 7 bankruptcy case and is relieved as such counsel in all matters associated with Debtor's chapter 7 bankruptcy case before this or any other Court.

SO ORDERED: