**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 8-23-70583-AST |
| **COREY S. RIBOTSKY,** | Chapter 7 |
| **Debtor.** | |

---

## ORDER AND JUDGMENT

For the reasons set forth in the Memorandum Opinion Denying Debtor's Motion for Summary Judgment and Granting SEC's Motion for Summary Judgment, entered January 6, 2025 (Dkt. # 106), following the filing of cross-motions for summary judgment and replies filed by the Securities and Exchange Commission ("SEC") on May 7, 2024 (Dkt. # 86) and May 21, 2024 (Dkt. # 95), respectively, and by the Debtor on May 9, 2024 (Dkt. # 87) and May 22, 2024 (Dkt. # 97), respectively, on the issue of the dischargeability of the disgorgement, prejudgment interest and civil money penalty judgments set forth in the November 13, 2013 Final Judgment As To Defendant Corey Ribotsky entered in *SEC v. The NIR Group, LLC, et al.*, 11-civ.-4723 (E.D.N.Y.) (the "Consent Judgment"), based on the evidence presented and received therein, it is hereby

**ORDERED,** that the SEC's motion for summary judgment against Debtor COREY S. RIBOTSKY is granted on the SEC's claims arising under Section 523(a)(19) of the Bankruptcy Code; and it is further

**ORDERED**, that Debtor COREY S. RIBOTSKY'S motion for summary judgment against the SEC is denied; and it is further

**ORDERED,** that the entire amount of Corey S. Ribotsky's debt to the SEC ordered in the Consent Judgment including **a civil money penalty in the amount of $1,000,000 (one**

**million dollars); disgorgement in the amount of $12,500,000 (twelve million five hundred thousand dollars); prejudgment interest in the amount of $1,000,000 (one million dollars); and any applicable post-judgment interest,** is not dischargeable pursuant to Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

.



Dated: January 10, 2025
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge