# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 1/10/2025 |
| Case: 8−23−70583−ast | Form ID: pdf000 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.LI.ECF@usdoj.gov
tr      Allan B. Mendelsohn      amendelsohn@amendelsohnlaw.com
aty      Fred S Kantrow      fkantrow@thekantrowlawgroup.com
aty      Neal Jacobson      jacobsonn@sec.gov
aty      Patricia Schrage      schragep@sec.gov

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Corey S. Ribotsky      5 Campo Circle      Old Westbury, NY 11568
cr      Securities and Exchange Commission      NY Regional Office      100 Pearl Street − Suite 20−100      New York, NY 10004
aty      The Kantrow Law Group, PLLC      732 Smithtown Bypass, Suite 101      Smithtown, NY 11787
10157799      The Krupnick Firm      56 Hammond Rd      Glen Cove, NY 11542

TOTAL: 4