**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Case No. 8-23-70583-AST** |
| **COREY S. RIBOTSKY,** | **Chapter 7** |
| **Debtor.** | |

NOTICE BY SECURITIES AND EXCHANGE COMMISSION'S ("SEC") OF
FILILNG ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL
<u>LOCAL BANKRUPTCY RULE 8009-1(a)</u>

The U.S. Securities and Exchange Commission (the "SEC"), pursuant to Local Bankr. R. 8009-1(a), hereby files the following additional items to be included in the record on appeal from the Court's (i) January 6, 2025 Memorandum Opinion Denying Debtor's Motion for Summary Judgment and Granting SEC's Motion for Summary Judgment; and (ii) January 10, 2025 Order and Judgment. Each of the items is an exhibit referenced in the SEC's Statement of Undisputed Material Facts (Dkt. 86) and was provided to the Court and to counsel to Corey S. Ribotsky in connection with the SEC's Motion for Summary Judgment, filed May 7, 2024.

**Exhibits to Transcript of Investigative Testimony of Corey Ribotsky Taken February 8-9, 2011 (Dkt. ## 62-1 & 62-2)[1]**

G-79A

G-79B

G-80

G-81A

G-82A

---

[1] The investigative testimony of Corey Ribotsky is referenced as Exhibit G in the SEC's Statement of Undisputed Material Facts.

G-82B

G-82C

G-87

G-92

G-98

G-106

G-107

G-123

G-125A

G-125B

G-128B

**Exhibits to Transcript of Investor Russell L. Owen taken December 4, 2012 and February 21, 2013 (Dkt. ## 62-4 & 62-5)[2]**

H-10 part 1

H-10 part 2

H-20

H-59

H-60

H-62 part 1

H-62 part 2

**Additional Exhibits**

Ex. A – First Amended Complaint.

---

[2] The deposition of Russell Olson is referenced as Exhibit H in the SEC's Statement of Undisputed Material Facts.

Ex. B – Corey Ribotsky Final Judgment

Ex. E – U.S. v. Dworkin, Transcript of Plea Hearing

Ex. F – U.S. v. Dworkin, Criminal Judgment

Dated: February 11, 2025
New York, New York

Respectfully Submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

By: */s/Neal Jacobson*
Neal Jacobson
Patricia Schrage
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004
Tel.: 212-336-1100
Jacobsonn@sec.gov