**EQUILIBRIUM EQUITY LLC**
**SCHEDULE OF INVESTMENTS**
**Month Ended 7/31/04**

July-04

| Date | Security Description | Ticker | Shares 07/01/04 | Cost Balance at 7/1/2004 | Shares Converted/ Purchased | Conversion/ Purchase Cost | Shares Sold/Converted | Cost of Shares sold/ Converted | Proceeds of Sales/convers. | Realized Gain | Shares 07/31/04 | Cost Balance 7/31/2004 | Market Per Share 07/31/04 | Undiscounted Market Value 7/31/2004 | Undiscounted Unrealized Gain (Loss) | | Discount | Discounted Market Value | Discounted Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/20/00 | Collectible Conc | CCGR | | Debenture at 75% discount at conversion | | | | | | | | 37,476.65 | | 149,914.60 | 112,435.95 | 22% | 32,981.21 | 116,933.39 | 79,454.74 |
| 4/13/00 | Kanakaris Comm | KKRS | | 38,029.90 Debenture at 75% discount at conversion | | | 551.25 | 551.25 | | | | | | | | | | | |
| 8/17/00 | Kanakaris Comm | KKRS | | 10,137.44 Debenture at 75% discount at conversion | | | 238.14 | 238.14 | | | | 9,899.30 | | 39,597.20 | 29,697.90 | 61% | 24,154.29 | 15,442.91 | 5,543.61 |
| 1/5/2001 | Kanakaris Comm | KKRS | | 213,333.94 Debenture at 75% discount at conversion | | | | | | | | 213,333.94 | | 853,335.76 | 640,001.82 | 61% | 520,534.81 | 332,800.95 | 119,467.01 |
| 3/9/2001 | Kanakaris Comm | KKRS | | 8,750.00 Debenture at 75% discount at conversion | | | | | | | | 8,750.00 | | 35,000.00 | 26,250.00 | 61% | 21,350.00 | 13,650.00 | 4,900.00 |
| 2/23/2001 | Vital Living Pro | VLPI | | 28,250.00 Debenture at 75% discount at conversion | | | | | | | | 28,250.00 | | 113,000.00 | 84,750.00 | 61% | 68,930.00 | 44,070.00 | 15,820.00 |
| 6/18/01 | Vital Living Pro | VLPI | | 3,560.74 Debenture at 60% discount at conversion | | | | | | | | 3,560.74 | | 8,901.85 | 5,341.11 | 22% | 1,958.41 | 6,943.44 | 3,382.70 |
| *** 15% discount | | | | 25,000.00 Debenture at 60% discount at conversion | | | | | | | | 25,000.00 | | 62,500.00 | 37,500.00 | 22% | 13,750.00 | 48,750.00 | 23,750.00 |
| | Total Bond Basis | | | 327,062.02 | | | 789.39 | 789.39 | | | | 326,272.63 | | 1,262,249.41 | 935,976.78 | | 683,658.72 | 578,590.69 | 252,318.06 |
| 6/28/2004 | Collectible Conc | CCGR | 220,500 | 110.25 | | | | | | | | | | | | 22% | | | |
| 7/1/04 | Collectible Conc | CCGR | | | 183,750 | 110.25 | 110.25 | 110.25 | 380.98 | 270.73 | | | | | | 22% | | | |
| 7/7/2004 | Collectible Conc | CCGR | | | 220,500 | 110.25 | 110.25 | 110.25 | 269.23 | 158.98 | | | | | | 22% | | | |
| 7/13/2004 | Collectible Conc | CCGR | | | 220,500 | 110.25 | 110.25 | 110.25 | 506.17 | 395.92 | | | | | | 22% | | | |
| 7/19/2004 | Collectible Conc | CCGR | | | 220,500 | 110.25 | 110.25 | 110.25 | 445.96 | 335.71 | | | | | | 22% | | | |
| 7/28/2004 | Collectible Conc | CCGR | | | 220,500 | 110.25 | 110.25 | 110.25 | 422.63 | 312.38 | | | | | | 22% | | | |
| | | | | | | | 110.25 | 110.25 | 447.13 | 336.88 | | | | | | 22% | | | |
| 5/7/2004 | Vital Living Pro | VLPI | 37,113 | 59.38 | | | 59.38 | 59.38 | 3.39 | (55.99) | | | | | | 22% | | | |
| 6/28/2004 | WFTV | WFTV | 44,100 | 79.38 | | | 79.38 | 79.38 | 1,293.54 | 1,214.16 | | | | | | 22% | | | |
| 7/1/2004 | WFTV | WFTV | | | 44,100 | 74.97 | 74.97 | 74.97 | 966.65 | 891.68 | | | | | | 22% | | | |
| 7/0/2004 | WFTV | WFTV | | | 44,100 | 74.97 | 74.97 | 74.97 | 430.00 | 355.03 | | | | | | 22% | | | |
| 7/28/2004 | WFTV | WFTV | | | 44,100 | 88.20 | 88.20 | 88.20 | 364.53 | 276.33 | | | | | | 22% | | | |
| | Total Stock Basis | | 301,713 | 249.01 | 1,198,050 | 789.39 | 1,038.40 | 1,038.40 | 5,530.21 | 4,491.81 | 0 | | | | | | | | |
| | **TOTAL** | | | 327,311.03 | | | 1,827.79 | 1,827.79 | 6,319.60 | 4,491.81 | | 326,272.63 | | 1,262,249.41 | 935,976.78 | | 683,658.72 | 578,590.69 | 252,318.06 |
| | Amount per T/B | | | 327,310.66 | | | | | | | | 326,272.26 | | | | | | | |
| | *Difference:* | | | 0.37 | | | | | Diff: | | | 0.37 | | | | | | | |
| | | | | | | | | | | | | | | Unrealized Gain/Loss @ Prior Pd | | | | 254,214.65 | |
| | | | | | | | | | | | | | | U/G Current Period: | | | | 252,318.06 | |
| | | | | | | | | | | | | | | Change in U/G: | | | | (1,896.60) | |
| | | | | | | | | | | | | | | Total Sept. '00 R/G & U/G: | | | | 2,595.21 | |



Exhibit 77A
NY-8068
2/8/11 SMS