# AJW QUALIFIED PARTNERS, LLC
## NET CHANGE IN MEMBER'S CAPITAL FOR
## COREY RIBOTSKY
### FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

|  | AMOUNT |
|---|---:|
| Beginning Member's Capital | $ - |
| Capital Contributions | 581,525 |
| Management Fees | - |
| Investment Income | 34,329 |
| Capital Distributions | - |
| Manager Allocation | - |
| Ending Member's Capital | $ 615,854 |



Exhibit 79B
NY-8068
2/8/11 MC