



Check 1080: Equilibrium Equity, LLC — Pay to the Order of Lexus Financial Services, $461.41, 6/13/2005. Memo 020492 94850.
Branch Serial 1080 TR 0214-0791 Account [redacted] TranCode 82 Amount 461.41 Sequence 39653705 DbCr D InstID 3 Date 06-20-2005

Check 1083: Equilibrium Equity, LLC — Pay to the Order of Mercedes Benz Credit, $1,195.00, 7/26/2005. Memo 7900264465.
Branch Serial 1083 TR 0214-0791 Account [redacted] TranCode 82 Amount 1195.00 Sequence 22157870 DbCr D InstID 3 Date 08-01-2005

Check 1081: Equilibrium Equity, LLC — Pay to the Order of Mercedes Benz Credit, $1,195.00, 6/24/2005. Memo 7900264465.
Branch Serial 1081 TR 0214-0791 Account [redacted] TranCode 82 Amount 1195.00 Sequence 35144395 DbCr D InstID 3 Date 07-05-2005

Check 1082: Equilibrium Equity, LLC — Pay to the Order of Lexus Financial Services, $461.41, 7/12/2005. Memo 020492 94850.
Branch Serial 1082 TR 0214-0791 Account [redacted] TranCode 82 Amount 461.41 Sequence 30811785 DbCr D InstID 3 Date 07-19-2005



Check 1084 — Equilibrium Equity, LLC — Pay to Lexus Financial Services — $461.41 — 8/8/2005
Branch  Serial 1084  TR 0214-0791  Account [redacted]
TranCode 82  Amount 461.41  Sequence 30965595  DbCr D  InstID 3
Date 08-15-2005

Check 1085 — Equilibrium Equity, LLC — Pay to Mercedes Benz Credit — $380.19 — 9/16/2005
Branch  Serial 1085  TR 0214-0791  Account [redacted]
TranCode 82  Amount 380.19  Sequence 23756440  DbCr D  InstID 3
Date 09-21-2005

Check 1086 — Equilibrium Equity, LLC — Pay to Lexus Financial Services — $2,768.46 — 9/19/2005
Branch  Serial 1086  TR 0214-0791  Account [redacted]
TranCode 82  Amount 2768.46  Sequence 34749300  DbCr D
InstID 3  Date 09-23-2005

Check 1088 — Equilibrium Equity, LLC — Pay to Corey Ribotsky — $2,500.00 — 1/9/2006
Branch 0  Serial 1088  TR 0214-0791  Account [redacted]
TranCode 79  Amount 2500.00  Sequence 35825155  DbCr D
InstID 3  Date 01-10-2006