

**Check 1093** — Equilibrium Equity, LLC — North Fork Bank, Great Neck, NY 11021 — 3/3/2006 — Pay to the order of: Audio Design Consultants — $**13,000.00 — Thirteen Thousand and 00/100
Branch 62  Serial 1093  TR 0214-0791  Account [redacted]
TranCode 82  Amount 13000.00  Sequence 16325380  DbCr D
InstID 3  Date 03-06-2006

**Check 1094** — Equilibrium Equity, LLC — North Fork Bank, Great Neck, NY 11021 — 3/17/2006 — Pay to the order of: Corey Ribotsky — $**7,000.00 — Seven Thousand and 00/100
Branch 62  Serial 1094  TR 0214-0791  Account [redacted]
TranCode 79  Amount 7000.00  Sequence 26551615  DbCr D
InstID 3  Date 03-17-2006

**Check 1095** — Equilibrium Equity, LLC — North Fork Bank, Great Neck, NY 11021 — 5/11/2006 — Pay to the order of: Corey Ribotsky — $**3,000.00 — Three Thousand and 00/100
Branch 0  Serial 1095  TR 0214-0791  Account [redacted]
TranCode 79  Amount 3000.00  Sequence 15445115  DbCr D
InstID 3  Date 05-11-2006

**Check 1096** — Equilibrium Equity, LLC — North Fork Bank, Great Neck, NY 11021 — 6/6/2006 — Pay to the order of: Cash — $**3,000.00 — Three Thousand and 00/100
Branch 0  Serial 1096  TR 0214-0791  Account [redacted]
TranCode 79  Amount 3000.00  Sequence 12342030  DbCr D
InstID 3  Date 06-07-2006

Exhibit 82B
NY-8068
2/8/11



**Check 1098** — Equilibrium Equity, LLC — North Fork Bank, Great Neck, NY 11021 — 6/16/2006 — Pay to the Order of: Cash — $**3,000.00 — Three Thousand and 00/100 — Memo: Cash
Branch 0  Serial 1098  TR 0214-0791  Account [redacted]
TranCode 79  Amount 3000.00  Sequence 18160925  DbCr D
InstID 3  Date 06-16-2006

**Check 1097** — Equilibrium Equity, LLC — North Fork Bank, Great Neck, NY 11021 — 6/15/2006 — Pay to the Order of: Audio Design Consultants — $**10,000.00 — Ten Thousand and 00/100 — Audio Design Consultants — Memo: Ribotsky
Branch 62  Serial 1097  TR 0214-0791  Account [redacted]
TranCode 82  Amount 10000.00  Sequence 38677335  DbCr D
InstID 3  Date 06-19-2006

**Check 1099** — Equilibrium Equity, LLC — North Fork Bank, Great Neck, NY 11021 — 7/11/2006 — Pay to the Order of: Cash — $**5,000.00 — Five Thousand and 00/100 — Cash
Branch 62  Serial 1099  TR 0214-0791  Account [redacted]
TranCode 79  Amount 5000.00  Sequence 28273935  DbCr D
InstID 3  Date 07-12-2006

**Check 1100** — Equilibrium Equity, LLC — North Fork Bank, Great Neck, NY 11021 — 7/31/2006 — Pay to the Order of: Cash — $**2,500.00 — Two Thousand Five Hundred and 00/100 — Cash
Branch 0  Serial 1100  TR 0214-0791  Account [redacted]
TranCode 79  Amount 2500.00  Sequence 14581600  DbCr D
InstID 3  Date 07-31-2006

Teller No. 33803 — North Fork Bank, Roslyn Office



Check 1101 - Equilibrium Equity, LLC - Pay to Cash - $2,500.00 - 8/9/2006
Branch 0  Serial 1101  TR 0214-0791  Account  TranCode 79  Amount 2500.00  Sequence 11098365  DbCr D  InstID 3  Date 08-09-2006

Check 1102 - Equilibrium Equity, LLC - Pay to London Jewelers - $15,750.00 - 8/28/2006 - Memo: Bar Code 66091671 - Corey Ribotsky
Branch 62  Serial 1102  TR 0214-0791  Account  TranCode 82  Amount 15750.00  Sequence 26677430  DbCr D  InstID 3  Date 09-01-2006

Check 1103 - Equilibrium Equity, LLC - Pay to Cash - $3,000.00 - 11/13/2006 - Memo: Expenses
Branch 0  Serial 1103  TR 0214-0791  Account  TranCode 79  Amount 3000.00  Sequence 12018685  DbCr D  InstID 3  Date 11-13-2006

Check 1104 - Equilibrium Equity, LLC - Pay to Cash - $3,000.00 - 12/6/2006
Branch 0  Serial 1104  TR 0214-0791  Account  TranCode 79  Amount 3000.00  Sequence 15918035  DbCr D  InstID 3  Date 12-07-2006