



Branch 62  Serial 1109  TR 0214-0791  Account
TranCode 79  Amount 9000.00  Sequence 10202150  DbCr D
InstID 3  Date 02-06-2007

Branch 62  Serial 1110  TR 0214-0791  Account
TranCode 79  Amount 7500.00  Sequence 13591745  DbCr D
InstID 3  Date 03-21-2007

Branch 62  Serial 1111  TR 0214-0791  Account
TranCode 79  Amount 5000.00  Sequence 14692040  DbCr D
InstID 3  Date 04-28-2007

Branch 0  Serial 1112  TR 0214-0791  Account
TranCode 79  Amount 3000.00  Sequence 24242665  DbCr D
InstID 3  Date 05-11-2007





Check 1117 - EQUILIBRIUM EQUITY, LLC - North Fork Bank - 8/22/2007 - Pay to the Order of Cash - $7,000.00 - Seven Thousand and 00/100 - Memo: Expenses
Branch 62  Serial 1117  TR 0214-0791  Account [redacted]
TranCode 79  Amount 7000.00  Sequence 11863710  DbCr D
InstID 3  Date 08-22-2007

Check 1118 - EQUILIBRIUM EQUITY, LLC - North Fork Bank - 8/31/2007 - Pay to the Order of Cash - $3,000.00 - Three Thousand and 00/100 - Memo: Expenses
Branch 0  Serial 1118  TR 0214-0791  Account [redacted]
TranCode 79  Amount 3000.00  Sequence 28538875  DbCr D
InstID 3  Date 08-31-2007

Check 1119 - EQUILIBRIUM EQUITY, LLC - North Fork Bank - 10/18/2007 - Pay to the Order of Cash - $3,000.00 - Three Thousand and 00/100 - Memo: Expenses
Branch 0  Serial 1119  TR 0214-0791  Account [redacted]
TranCode 79  Amount 3000.00  Sequence 18048165  DbCr D
InstID 3  Date 10-18-2007

Check 1120 - EQUILIBRIUM EQUITY, LLC - North Fork Bank - 11/13/2007 - Pay to the Order of Cash - $5,000.00 - Five Thousand and 00/100 - Memo: Expenses
Branch 62  Serial 1120  TR 0214-0791  Account [redacted]
TranCode 79  Amount 5000.00  Sequence 30377950  DbCr D
InstID 3  Date 11-13-2007



Branch 62   Serial 1121   TR 0214-0791   Account
TranCode 79   Amount 7000.00   Sequence 18818380   DbCr D
InstID 3   Date 11-30-2007



Branch 62   Serial 1122   TR 0214-0791   Account
TranCode 79   Amount 5000.00   Sequence 32596295   DbCr D
InstID 3   Date 12-24-2007



Branch 0   Serial 1123   TR 0214-0791   Account
TranCode 79   Amount 3000.00   Sequence 11475265   DbCr D
InstID 3   Date 02-26-2008