| | |
|---|---|
| **From:** | Jordan Feinstein |
| **Sent:** | Monday, October 15, 2007 7:28 PM |
| **To:** | Corey Ribotsky <CRibotsky@NIRGROUP.com>; 'Jan Vilhelmsen' <jvilhelmsen@ARPLLP.COM> |
| **Cc:** | 'Rob Dawson' <rdawson@ARPLLP.COM>; 'Niels Jensen' <njensen@ARPLLP.COM>; 'Nick Rees' <nrees@ARPLLP.COM>; Jonathan Lee <jml@hydeparkinvestment.com>; Hako Finckenstein <hkf@hydeparkinvestment.com> |
| **Subject:** | RE: Additional DD question- and attachments |
| **Attach:** | AJW Offshore Ltd.-Financial Statements for the years ended December 31 2005 and 2004.pdf;AJW Offshore-Financial Statements 2006.pdf;portfolio sector and types Dec 2006.pdf;portfolio sector and types June 2007.pdf;AJW Offshore - AUP 1st qtr 07.pdf;AJW Offshore AUP Report.pdf;2007 YTD DEAL METRICS.pdf;Question 2.xls;Question 5.xls;PIPEs Scorecard.pdf |

Dear Jan, Niels, Nick and Rob,

Please see attached audited financials for 2004, 2005 & 2006. Also provided is the Independent Auditors Agreed upon Procedures for the 1st & 2nd Quarter 2007. Also attached is the portfolio sector and types breakdown for December 2006 and June 30th 2007.

Please see attached excel Spreadsheet regarding question #2
Spreadsheet "question 2" is a study of deals funded in the portfolio and the relationship the company's market capitalization compared to the funding amount.

The six columns are broken down by:
A. Deal Number – Portfolio deals are assigned a numerical name.
B. Issued and Outstanding, (I&O)
C. Price
D. Market Capitalization.
E. Amount of Funding
F. Percentage of Funding as Per Market Capitalization, (% of) – Simply the funding amount divided by the market capitalization and expressed as a percent.

At the bottom of the table the appropriate columns are averaged to express the mean of all data from that column.

Please see attached excel Spreadsheet regarding question #5

Deal Liquidation Study

The Spreadsheet is broken down per column as:
A. Deal # identifies the portfolio deal.
B. Discount on the specific deal.
C. Investment amount.
D. Issued and Outstanding
E. Daily Dollar Trading Volume is calculated by using the market price multiplied by the average daily three month trading volume.
F. The three month daily average price.



Exhibit 92
NY-8068
2/8/11  MC

Further clarification to question # 8 regarding Knobias. As you know we invest in traunches. Knobias reports deals larger the 1 million. Our initial investment (1st subtraunche) is typically lower than one million invested. Therefore, Knobias would not pick up that transaction. Further, upon funding of the 2nd traunche, also typically under one million dollars, Knobias is not sophisticated enough to aggregate the 1st & 2nd traunches given to

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC                    NIR-SEC485768

the same company, creating a situation where we have a transaction that has been funded over one million dollars but is still not reported. In conclusion, based upon the parameters set up by Knobias and the way in which they calculate such parameters, the vast majority of our transactions are not reported by Knobias. Please see attached 2007 YTD deal Metrics, showing 57 new transactions: deal size, traunches and discounts.

We have also attached the PIPES Scorecard. We have attached this to illustrate that out of the 1,200 or so deals that have been done year to date, more than half have been consummated with companies having a market cap of $50mil or less.

We hope this information provided gives you a much deeper understanding regarding our strategy. We are always available for a conference call or visit. We look forward to continuing to work together and having a prosperous relationship.

Best regards,

Jordan Feinstein

---

**From:** Corey Ribotsky
**Sent:** Monday, October 01, 2007 6:12 PM
**To:** Jan Vilhelmsen
**Cc:** Jordan Feinstein; Rob Dawson; Niels Jensen; Nick Rees
**Subject:** RE: Additional DD question

Hope all is well with you. Below please find our answers to your questions-

1) The email attached was from March 2007. To date our business has not been effected greatly by 415, as our structure has always been based on the original interpretation of Rule 415 as previously stated. Going forward 415 has not been an increasing issue as all deals are structured around this concept.

The new potential changes in Rule 144 and 144K will also make 415 less of an industry issue as well.

2) The deal size has not changed over the past three to five years. We continue to add more of the same size transactions we have always done to the portfolio and not doing larger tranching deals as some of our colleagues have chosen. As to deal size relative to company size, market cap is an irrelevant measure of the size of a transaction. We back our transactions by the enterprise value of the company and its assets, so the market cap is not an accurate measure for these purposes. Our transactions are tranched out and sub tranched out for risk mitigation. We do not believe in investing large sums into transactions. We believe in doing so over time.

3) The fund has realized typically 25 to 50 percent realized annually, which it has been averaging since inception. This is of course without the first couple of years where realized return was much higher due to irrational market conditions. This is typical of all PIPE or Direct Investment funds. Others claim that their realized returns are higher due to fees or stock issued in connection with different kinds of transactions. These fees are not a return on investment and are normally not accounted for correctly. Generally Accepted Accounting Principles dictate that all fees be amortized over the life of the transaction, until maturity or the transaction ends. Funds that book these fees immediately are doing so in error.

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC                    NIR-SEC485769

Further any time there is a fee built into a transaction that we enter into (which is not many) those fees are given directly to the fund and all limited partners share in these fees. We do not give some to the limited partners and some to us.

Additionally, our realized returns come from selling stock in the open market and companies finding less expensive or more permanent capital and redeeming us out of the transaction. Our investment structure is sustainable and has been as we are finishing up our ninth (9th) year. Some of these structures that rely heavily on fees and warrant issuance are going to face problems once they cannot generate fees any longer.

We do not believe that this is a strategy that will endure markets and can continue to return above market returns.

4) The fund has approximately 5-6% in discounted warrant value at this time.

5) As you know unlike most we always have 15-25% in cash at all times so that we don't have to push the liquidity of the underlying names for possible redemptions or for new deals we want to enter into. To liquidate the remaining 75% in total in a complete liquidation of the fund we would say approximately 36 months.

6) We finance companies over a two to four time frame tranched out, so one needs to look at our portfolio over the two to four year time frame. If you look at tranches of deals, we are constantly trading out of one third to half of the portfolio names on any given day or month. We do small conversions little by little so that we can sell and not be the largest part of the overall volume and continue to do so day after day.

7) As stated above we have money available in order to meet the demands of new transactions, as we see over 1200 possible deals a year. Our analyst team is responsible for doing due diligence on these deals and we reject approximately 75% of that number and the rest go through full due diligence. Our analysts do not cold call or look for these deals, the deals are brought to them so they are not incentivized as brokers or deal finders. They are paid whether or not we do a deal they have worked on.

8) We do not subscribe to Knobias, as it is not accurate. Most of the deal services are not 100% accurate and are missing vital information on the transactions, their structure and execution of the strategy. Knobias also received investments from funds that it reports on and we believe that is a significant conflict of interest for fair and accurate reporting.

As better a example of what we do, we will send you case studies of transactions which will have more information than something like Knobias.

It is my understanding you are going to be in town this month, I believe October 22nd. Let us know what time you would like to meet and we will go through the overall strategy and take you from our due diligence process through deal exit.

We look forward to seeing you.

Best Regards,

Corey

**From:** Jan Vilhelmsen [mailto:jvilhelmsen@ARPLLP.COM]
**Sent:** Monday, October 01, 2007 6:44 AM
**To:** Corey Ribotsky
**Cc:** Jordan Feinstein; Rob Dawson; Niels Jensen; Nick Rees
**Subject:** Additional DD question

Dear Corey,

As part of our ongoing due diligence process I would very much appreciate if you could email me back the answers on the following questions:

1) Rule 415 changed 1 ½ years ago. In an email (see enclosed) you said that it has not impacted your business. Is that still the case and do you expect this to be the case going forward as well?
2) Can you elaborate on a little on your deal size relative to the size of the company involved? What are the average and the highest (%) deal size to market cap? Also, has this relationship changed over the years (1, 3 and 5 years)?
3) What percentage of the fund's returns are realised gains are versus unrealised? How has this relationship been historically, the last 1, 3 and 5 years?
4) What percentage of the portfolio are warrants?
5) How liquid is your portfolio? How fast can you liquidate 50%, 75% and 100%?
6) Current portfolio turnover and historically 1, 3 and 5 years?
7) I think you have stated that your cash position is typically 20-30%. Why is it typically that big?
8) Can please forward us a copy of your deal list from Knobias?

Kind regards,
Jan


Jan Vilhelmsen
Partner
Absolute Return Partners LLP
Parkshot House, 5 Kew Road, Richmond TW9 2PR
t. +44 (0) 20 8334 7021 f. +44 (0) 20 8334 7001
jvilhelmsen@arpllp.com  www.arpllp.com

This material has been prepared by Absolute Return Partners LLP ("ARP"). ARP is authorised and regulated by the Financial Services Authority. It is provided for information purposes, is intended for your use only and does not constitute an invitation or offer to subscribe for or purchase any of the products or services mentioned. The information provided is not intended to provide a sufficient basis on which to make an investment decision. Information and opinions presented in this material have been obtained or derived from sources believed by ARP to be reliable, but ARP makes no representation as to their accuracy or completeness. ARP accepts no liability for any loss arising from the use of this material. The results referred to in this email are not a guide to the future performance of ARP. Any reference to potential asset allocation and potential returns do not represent and should not be interpreted as projections.
All opinions and estimates included in this email are subject to change without notice. This email is intended for qualified customers of ARP. The investments discussed in this email may not be suitable for all investors. Investors should make their own investment decisions based upon their own financial objectives and financial resources and it should be noted that investment involves risk. Investors should be aware that the market price of the securities discussed in this email may be volatile. Past performance is not necessarily a guide to future performance and an investor may not get back the amount originally invested. Where investment is made in currencies other than the investor's base currency, movements in exchange rates will have an effect on the value, either favourable or unfavourable. An investor may not get back the original amount invested and in the case of an illiquid stock the investor may be unable to sell at any price. Any tax relief mentioned are those currently available and are subject to change. Their value depends on the personal circumstances of the investor. © 2007 Absolute Return Partners LLP. All rights reserved.

## 2007 YTD DEAL METRICS

### Totals:
- 57 deals funded.
- $58,665,000 funded.
- 716,500,000 Warrants issued to our investors.

### Averages:
- 8.14 deals per month
- $393,725 per tranche per issuer
- 14,622,449 warrants issued per month to our investors
- 55.66% conversion discount
- Daily trading volume per issuer – 13,715,517 shares

### Sector and Deal type



### Per Deal

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC

NIR-SEC485826

| DEAL | TRANCHE | AGGREGATE | WARRANTS | DISCOUNT |
|---|---|---|---|---|
| 1 | $1,000,000 | $1,610,000 | 20,000,000 | 40% |
|  | $500,000 |  |  | 40% |
|  | $110,000 |  |  | 40% |
| 2 | $700,000 | $1,200,000 | 10,000,000 | 65% |
|  | $500,000 |  |  | 65% |
| 3 | $600,000 | $1,260,000 | 10,000,000 | 60% |
|  | $650,000 |  | 10,000,000 | 60% |
| 4 | $400,000 | $1,275,000 | 10,000,000 | 45% |
|  | $625,000 |  | 1,000,000 | 35% |
|  | $250,000 |  | 10,000,000 | 45% |
| 5 | $260,000 | $810,000 | 6,400,000 | 40% |
|  | $550,000 |  | 50,000,000 | 40% |
| 6 | $300,000 | $1,300,000 | 10,000,000 | 50% |
|  | $750,000 |  | 10,000,000 | 50% |
|  | $250,000 |  | 10,000,000 | 50% |
| 7 | $850,000 | $850,000 | 10,000,000 | 50% |
| 8 | $500,000 | $500,000 | 6,000,000 | 75% |
| 9 | $650,000 | $1,250,000 | 5,000,000 | 75% |
|  | $350,000 |  | 5,000,000 | 75% |
|  | $250,000 |  | 10,000,000 | 75% |
| 10 | $700,000 | $700,000 | 5,000,000 | 75% |
| 11 | $700,000 | $1,035,000 | 10,000,000 | 40% |
|  | $335,000 |  |  | 40% |
| 12 | $800,000 | $800,000 | 10,000,000 | 60% |
| 13 | $535,000 | $935,000 | 10,000,000 | 60% |
|  | $400,000 |  |  | 60% |
| 14 | $800,000 | $1,400,000 | 5,000,000 | 40% |
|  | $200,000 |  |  | 40% |
|  | $400,000 |  |  | 40% |
| 15 | $250,000 | $1,950,000 | 5,000,000 | 60% |
|  | $350,000 |  | 2,000,000 | 60% |
|  | $500,000 |  |  | 60% |
|  | $500,000 |  | 2,000,000 | 60% |
|  | $350,000 |  | 2,000,000 | 60% |
| 16 | $420,000 | $1,220,000 | 10,000,000 | 50% |
|  | $500,000 |  |  | 50% |
|  | $300,000 |  |  | 50% |
| 17 | $400,000 | $1,320,000 | 10,000,000 | 75% |
|  | $150,000 |  | 1,000,000 | 75% |
|  | $620,000 |  |  | 75% |
|  | $150,000 |  |  | 75% |
| 18 | $335,000 | $835,000 | 20,000,000 | 60% |
|  | $500,000 |  |  | 60% |
| 19 | $220,000 | $420,000 | 20,000,000 | 40% |
|  | $200,000 |  | 3,200,000 | 40% |
| 20 | $550,000 | $1,900,000 | 850,000 | 75% |
|  | $250,000 |  | 850,000 | 75% |
|  | $250,000 |  | 850,000 | 75% |
|  | $250,000 |  | 4,000,000 | 75% |
|  | $150,000 |  | 300,000 | 75% |
|  | $150,000 |  | 10,000,000 | 75% |

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC       NIR-SEC485827

|    |           |             |            |     |
|----|-----------|-------------|------------|-----|
|    | $150,000  |             |            | 75% |
|    | $150,000  |             |            | 75% |
| 21 | $400,000  | $665,000    | 20,000,000 | 45% |
|    | $265,000  |             |            | 45% |
| 22 | $250,000  | $930,000    | 10,000,000 | 55% |
|    | $560,000  |             |            | 55% |
|    | $120,000  |             |            | 55% |
| 23 | $200,000  | $800,000    | 8,000,000  | 60% |
|    | $200,000  |             | 8,000,000  | 60% |
|    | $200,000  |             |            | 60% |
|    | $200,000  |             |            | 60% |
| 24 | $250,000  | $1,110,000  | 10,000,000 | 85% |
|    | $200,000  |             | 1,000,000  | 85% |
|    | $190,000  |             | 1,000,000  | 85% |
|    | $170,000  |             |            | 85% |
|    | $150,000  |             | 10,000,000 | 85% |
|    | $150,000  |             | 10,000,000 | 85% |
| 25 | $200,000  | $900,000    | 10,000,000 | 40% |
|    | $200,000  |             |            | 40% |
|    | $500,000  |             |            | 40% |
| 26 | $450,000  | $900,000    | 4,500,000  | 40% |
|    | $450,000  |             |            | 40% |
| 27 | $200,000  | $1,100,000  | 20,000,000 | 75% |
|    | $500,000  |             |            | 75% |
|    | $400,000  |             |            | 75% |
| 28 | $300,000  | $1,420,000  | 10,000,000 | 50% |
|    | $320,000  |             | 10,000,000 | 40% |
|    | $300,000  |             |            | 40% |
|    | $500,000  |             |            | 40% |
| 29 | $220,000  | $1,020,000  | 10,000,000 | 40% |
|    | $400,000  |             |            | 40% |
|    | $400,000  |             |            | 40% |
| 30 | $500,000  | $1,335,000  | 20,000,000 | 45% |
|    | $500,000  |             | 20,000,000 | 45% |
|    | $335,000  |             | 10,000,000 | 45% |
| 31 | $500,000  | $1,000,000  | 500,000    | 50% |
|    | $500,000  |             |            | 50% |
| 32 | $350,000  | $1,000,000  | 5,000,000  | 40% |
|    | $650,000  |             | 10,000,000 | 40% |
| 33 | $350,000  | $1,350,000  | 5,000,000  | 60% |
|    | $500,000  |             |            | 60% |
|    | $500,000  |             |            | 60% |
| 34 | $400,000  | $1,750,000  | 900,000    | 60% |
|    | $300,000  |             | 600,000    | 60% |
|    | $500,000  |             | 700,000    | 60% |
|    | $100,000  |             | 700,000    | 60% |
|    | $450,000  |             | 900,000    | 60% |
| 35 | $330,000  | $1,330,000  | 10,000,000 | 50% |
|    | $500,000  |             |            | 75% |
|    | $500,000  |             |            | 75% |
| 36 | $300,000  | $1,100,000  | 1,500,000  | 40% |
|    | $300,000  |             |            | 40% |
|    | $400,000  |             |            | 40% |
|    | $100,000  |             |            | 40% |

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC                    NIR-SEC485828

| # | | | | |
|---|---|---|---|---|
| 37 | $100,000 | $600,000 | 900,000 | 50% |
|  | $250,000 |  |  | 50% |
|  | $250,000 |  |  | 50% |
| 38 | $250,000 | $800,000 | 10,000,000 | 40% |
|  | $250,000 |  |  | 40% |
|  | $300,000 |  |  | 40% |
| 39 | $500,000 | $700,000 | 10,000,000 | 50% |
|  | $200,000 |  |  | 50% |
| 40 | $400,000 | $900,000 | 5,000,000 | 50% |
|  | $500,000 |  | 1,000,000 | 50% |
| 41 | $200,000 | $800,000 | 10,000,000 | 75% |
|  | $300,000 |  | 1,000,000 | 75% |
|  | $300,000 |  | 10,000,000 | 75% |
| 42 | $500,000 | $500,000 | 8,000,000 | 75% |
|  |  |  |  | 75% |
| 43 | $500,000 | $500,000 | 8,000,000 | 75% |
|  |  |  |  | 75% |
| 44 | $500,000 | $1,160,000 | 5,000,000 | 45% |
|  | $330,000 |  | 5,000,000 | 45% |
|  | $330,000 |  | 5,000,000 | 45% |
| 45 | $500,000 | $1,000,000 | 10,000,000 | 40% |
|  | $500,000 |  |  | 40% |
| 46 | $500,000 | $950,000 | 2,000,000 | 40% |
|  | $450,000 |  |  | 40% |
| 47 | $500,000 | $900,000 | 4,000,000 | 40% |
|  | $400,000 |  |  | 40% |
| 48 | $500,000 | $1,000,000 | 75,000 | 50% |
|  | $500,000 |  | 75,000 | 50% |
| 49 | $350,000 | $700,000 | 10,000,000 | 40% |
|  | $350,000 |  |  | 40% |
| 50 | $400,000 | $700,000 | 6,250,000 | 50% |
|  | $300,000 |  |  | 50% |
| 51 | $750,000 | $1,030,000 | 5,000,000 | 40% |
|  | $280,000 |  | 10,000,000 | 50% |
| 52 | $500,000 | $865,000 | 5,000,000 | 40% |
|  | $365,000 |  | 10,000,000 | 50% |
| 53 | $750,000 | $750,000 | 50,000 | 40% |
| 54 | $1,340,000 | $1,340,000 | 4,000,000 | 50% |
| 55 | $700,000 | $2,000,000 | 5,200,000 | 75% |
|  | $700,000 |  |  | 75% |
|  | $200,000 |  |  | 75% |
|  | $200,000 |  |  | 75% |
|  | $200,000 |  |  | 75% |
| 56 | $500,000 | $500,000 | 1,200,000 | 75% |
| 57 | $265,000 | $700,000 | 1,000,000 | 40% |
|  | $435,000 |  | 10,000,000 | 40% |

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC

NIR-SEC485829

# Portfolio Snapshot Percentage of Funding as per Ma

| Deal Number | I&O | Price | Mkt. Cap. | Funding | % of |
|---|---|---|---|---|---|
| 131522200 | 229,346,350 | $0.80 | $183,477,080 | $300,000 | 0.16% |
| 13192060 | 400,000,000 | $0.86 | $342,000,000 | $1,300,000 | 0.38% |
| 22181120 | 101,201,974 | $0.66 | $66,793,303 | $350,000 | 0.52% |
| 1222090 | 190,659,393 | $1.00 | $190,659,393 | $1,000,000 | 0.52% |
| 1924120 | 206,369,021 | $0.34 | $70,165,467 | $500,000 | 0.71% |
| 513840 | 31,217,004 | $3.49 | $108,947,344 | $800,000 | 0.73% |
| 5163200 | 6,846,985 | $3.11 | $21,294,123 | $200,000 | 0.94% |
| 20242070 | 31,869,144 | $1.25 | $39,836,430 | $500,000 | 1.26% |
| 1969140 | 55,138,932 | $0.35 | $19,298,626 | $250,000 | 1.30% |
| 19111390 | 25,576,292 | $1.70 | $43,479,696 | $600,000 | 1.38% |
| 9135140 | 61,388,270 | $1.59 | $97,607,349 | $1,500,000 | 1.54% |
| 1715120 | 65,785,432 | $0.32 | $20,722,411 | $375,000 | 1.81% |
| 1375140 | 30,136,447 | $0.98 | $29,533,718 | $740,000 | 2.51% |
| 2218490 | 15,856,110 | $2.05 | $32,505,026 | $1,000,000 | 3.08% |
| 14225140 | 35,852,904 | $0.90 | $32,267,614 | $1,000,000 | 3.10% |
| 7162030 | 74,162,895 | $0.30 | $22,248,869 | $700,000 | 3.15% |
| 325460 | 28,023,747 | $1.61 | $45,118,233 | $1,500,000 | 3.32% |
| 19121440 | 28,285,794 | $0.50 | $14,142,897 | $500,000 | 3.54% |
| 201320160 | 64,519,869 | $0.28 | $18,182,989 | $700,000 | 3.85% |
| 1872120 | 17,650,000 | $0.95 | $16,767,500 | $700,000 | 4.17% |
| 15177240 | 10,309,444 | $2.95 | $30,412,860 | $1,300,000 | 4.27% |
| 4251290 | 11,962,085 | $1.15 | $13,756,398 | $600,000 | 4.36% |
| 19198190 | 14,483,115 | $2.25 | $32,587,009 | $1,500,000 | 4.60% |
| 1202070 | 12,518,394 | $1.20 | $15,022,073 | $700,000 | 4.66% |
| 11232200 | 59,235,930 | $0.24 | $14,216,623 | $700,000 | 4.92% |
| 71619140 | 273,795,066 | $0.11 | $30,117,457 | $1,500,000 | 4.98% |
| 5423250 | 72,044,687 | $0.19 | $13,688,491 | $700,000 | 5.11% |
| 13128160 | 135,260,717 | $0.10 | $13,526,072 | $700,000 | 5.18% |
| 18111230 | 30,513,530 | $0.40 | $12,205,412 | $700,000 | 5.74% |
| 137100 | 11,597,809 | $1.50 | $17,396,714 | $1,000,000 | 5.75% |
| 324130 | 22,582,340 | $0.43 | $9,710,406 | $600,000 | 6.18% |
| 16151930 | 78,275,046 | $0.14 | $10,958,506 | $700,000 | 6.39% |
| 1141830 | 27,791,398 | $0.36 | $10,004,903 | $700,000 | 7.00% |
| 23121990 | 82,000,000 | $0.17 | $13,530,000 | $1,000,000 | 7.39% |
| 183110 | 28,823,751 | $0.32 | $9,223,600 | $700,000 | 7.59% |
| 16416180 | 97,828,462 | $0.08 | $7,532,792 | $600,000 | 7.97% |
| 712960 | 58,139,113 | $0.15 | $8,720,867 | $700,000 | 8.03% |
| 319840 | 66,882,721 | $0.18 | $12,038,890 | $1,000,000 | 8.31% |
| 1319790 | 13,731,878 | $1.70 | $23,344,193 | $2,000,000 | 8.57% |
| 312250 | 36,770,577 | $0.22 | $8,089,527 | $800,000 | 9.89% |
| 71823230 | 15,547,883 | $0.80 | $12,438,306 | $1,240,000 | 9.97% |
| 92018150 | 194,344,788 | $0.06 | $12,438,066 | $1,250,000 | 10.05% |
| 313570 | 106,655,743 | $0.06 | $5,866,066 | $600,000 | 10.23% |
| 1952330 | 15,176,168 | $0.45 | $6,829,276 | $700,000 | 10.25% |
| 111490 | 26,815,939 | $0.09 | $2,400,027 | $250,000 | 10.42% |
| 12222230 | 157,647,740 | $0.04 | $6,305,910 | $700,000 | 11.10% |
| 1631290 | 68,824,542 | $0.09 | $6,194,209 | $700,000 | 11.30% |
| 1315430 | 14,723,631 | $1.20 | $17,668,357 | $2,000,000 | 11.32% |
| 19819140 | 99,598,027 | $0.04 | $4,282,715 | $500,000 | 11.67% |

| | | | | | |
|---|---|---|---|---|---|
| 141380 | 55,592,190 | $0.13 | $7,226,985 | $850,000 | 11.76% |
| 987180 | 144,777,624 | $0.04 | $5,791,105 | $700,000 | 12.09% |
| 531380 | 54,975,193 | $0.15 | $8,246,279 | $1,000,000 | 12.13% |
| 131224150 | 105,871,037 | $0.03 | $3,282,002 | $400,000 | 12.19% |
| 20184170 | 57,421,373 | $0.07 | $4,019,496 | $500,000 | 12.44% |
| 977200 | 49,709,610 | $0.11 | $5,468,057 | $700,000 | 12.80% |
| 968180 | 13,053,724 | $0.68 | $8,876,532 | $1,250,000 | 14.08% |
| 232523250 | 17,729,952 | $0.50 | $8,864,976 | $1,250,000 | 14.10% |
| 121680 | 30,395,772 | $0.23 | $6,991,028 | $1,000,000 | 14.30% |
| 1220990 | 12,598,398 | $0.21 | $2,645,664 | $400,000 | 15.12% |
| 16121310 | 26,358,608 | $0.12 | $3,156,970 | $500,000 | 15.84% |
| 212318120 | 46,919,520 | $0.07 | $3,049,769 | $500,000 | 16.39% |
| 21142230 | 63,444,360 | $0.07 | $4,123,883 | $700,000 | 16.97% |
| 3914200 | 11,582,928 | $0.35 | $4,054,025 | $700,000 | 17.27% |
| 19131140 | 16,754,154 | $0.24 | $4,020,997 | $700,000 | 17.41% |
| 8219220 | 43,960,450 | $0.09 | $3,956,441 | $700,000 | 17.69% |
| 16613190 | 54,439,181 | $0.08 | $4,518,452 | $800,000 | 17.71% |
| 1613540 | 37,764,868 | $0.12 | $4,531,784 | $850,000 | 18.76% |
| 19112530 | 60,019,442 | $0.09 | $5,101,653 | $1,000,000 | 19.60% |
| 171990 | 68,716,079 | $0.04 | $2,473,779 | $500,000 | 20.21% |
| | | *Average* | $27,477,589 | $806,594 | 8.26% |

arket Capitilization

## Deal Liquidation Study

| Deal # | Discount | Investment | I&O | Daily $ Trading Volume | Price | Volume | Days to Convert Out |
|---|---|---|---|---|---|---|---|
| 5163200 | 40% | $200,000 | 6,846,985 | $175,740 | 1.7400 | 101,000 | 1 Days |
| 19111390 | 50% | $600,000 | 25,576,292 | $470,174 | 0.9500 | 494,920 | 1 Days |
| 19198190 | 35% | $1,500,000 | 14,483,115 | $241,097 | 1.7100 | 140,993 | 6 Days |
| 183110 | 50% | $700,000 | 28,823,751 | $87,564 | 0.1900 | 460,862 | 8 Days |
| 201320160 | 50% | $700,000 | 64,519,869 | $77,872 | 0.2200 | 353,963 | 9 Days |
| 19121440 | 50% | $500,000 | 28,285,794 | $54,834 | 0.3500 | 156,668 | 9 Days |
| 1924120 | 40% | $500,000 | 206,369,021 | $50,500 | 1.0100 | 50,000 | 10 Days |
| 968180 | 50% | $1,250,000 | 13,053,724 | $96,285 | 0.2100 | 458,500 | 13 Days |
| 1872120 | 50% | $700,000 | 17,650,000 | $50,859 | 0.1000 | 508,590 | 14 Days |
| 8219220 | 50% | $700,000 | 43,960,450 | $50,248 | 0.0900 | 558,311 | 14 Days |
| 232523250 | 40% | $1,250,000 | 17,729,952 | $71,375 | 0.2100 | 339,880 | 18 Days |
| 18111230 | 50% | $700,000 | 30,513,530 | $36,514 | 0.0510 | 715,961 | 19 Days |
| 14225140 | 45% | $1,000,000 | 35,852,904 | $41,101 | 0.1500 | 274,007 | 24 Days |
| 324130 | 50% | $600,000 | 22,582,340 | $24,509 | 0.0800 | 306,367 | 24 Days |
| 111490 | 40% | $250,000 | 26,815,939 | $8,541 | 0.0115 | 742,695 | 29 Days |
| 1319790 | 25% | $2,000,000 | 3,731,878 | $66,725 | 1.7000 | 39,250 | 30 Days |
| 137100 | 50% | $1,000,000 | 11,597,809 | $28,669 | 0.1100 | 260,630 | 35 Days |
| 71619140 | 40% | $1,500,000 | 273,795,066 | $37,745 | 0.1100 | 343,133 | 40 Days |
| 1315430 | 40% | $2,000,000 | 14,723,631 | $46,526 | 0.1700 | 273,685 | 43 Days |
| 977200 | 50% | $700,000 | 49,709,610 | $12,268 | 0.0420 | 292,101 | 57 Days |
| 122222230 | 50% | $700,000 | 157,647,740 | $11,083 | 0.0010 | 11,083,127 | 63 Days |
| 5423250 | 50% | $700,000 | 72,044,687 | $10,941 | 0.0300 | 364,686 | 64 Days |
| 1315222200 | 50% | $300,000 | 229,346,350 | $4,532 | 0.0400 | 113,296 | 66 Days |
| 9135140 | 30% | $1,500,000 | 61,388,270 | $18,916 | 0.0900 | 210,175 | 79 Days |
| 531380 | 45% | $1,000,000 | 54,975,193 | $12,504 | 0.2400 | 52,099 | 80 Days |
| 16613190 | 45% | $800,000 | 54,439,181 | $9,579 | 0.0500 | 191,578 | 84 Days |
| 313570 | 50% | $600,000 | 106,655,743 | $6,446 | 0.0300 | 214,868 | 93 Days |
| 19131140 | 50% | $700,000 | 16,754,154 | $7,072 | 0.0300 | 235,746 | 99 Days |
| 513840 | 50% | $800,000 | 31,217,004 | $7,564 | 0.0700 | 108,062 | 106 Days |
| 141380 | 50% | $850,000 | 55,592,190 | $7,350 | 0.1300 | 56,540 | 116 Days |
| 22181120 | 20% | $350,000 | 101,201,974 | $2,964 | 0.0100 | 296,352 | 118 Days |
| 1969140 | 50% | $250,000 | 55,138,932 | $2,056 | 0.0010 | 2,055,566 | 122 Days |

| ID | % | Amount | Value | Amount2 | Rate | Value2 | Days |
|---|---|---|---|---|---|---|---|
| 712960 | 50% | $700,000 | 58,139,113 | $5,746 | 0.0174 | 330,203 | 122 Days |
| 15177240 | 40% | $1,300,000 | 10,309,444 | $10,469 | 0.1000 | 104,690 | 124 Days |
| 1719990 | 50% | $500,000 | 68,716,079 | $3,758 | 0.0090 | 417,507 | 133 Days |
| 11232200 | 50% | $700,000 | 59,235,930 | $5,225 | 0.0080 | 65,310 | 134 Days |
| 19112530 | 40% | $1,000,000 | 60,019,442 | $7,197 | 0.0200 | 359,834 | 139 Days |
| 1715120 | 20% | $375,000 | 65,785,432 | $2,664 | 0.0070 | 380,506 | 141 Days |
| 212318120 | 40% | $500,000 | 46,919,520 | $3,475 | 0.0090 | 386,100 | 144 Days |
| 19819140 | 50% | $500,000 | 99,598,027 | $3,465 | 0.0090 | 386,100 | 144 Days |
| 13128160 | 50% | $700,000 | 135,260,717 | $4,484 | 0.0300 | 448,375 | 156 Days |
| 13751140 | 40% | $740,000 | 30,136,447 | $4,587 | 0.0100 | 305,767 | 161 Days |
| 4251290 | 50% | $600,000 | 11,962,085 | $3,719 | 0.0150 | 371,866 | 161 Days |
| 20184170 | 50% | $600,000 | 57,421,373 | $3,039 | 0.0100 | 202,584 | 165 Days |
| 20242070 | 50% | $500,000 | 31,869,144 | $3,011 | 0.0150 | 301,101 | 166 Days |
| 71823230 | 50% | $1,240,000 | 15,547,883 | $7,377 | 0.0100 | 388,238 | 168 Days |
| 131224150 | 50% | $400,000 | 105,871,037 | $2,341 | 0.0190 | 180,057 | 171 Days |
| 16151930 | 50% | $700,000 | 78,275,046 | $4,084 | 0.0130 | 291,737 | 171 Days |
| 16416180 | 50% | $600,000 | 97,828,462 | $3,493 | 0.0140 | 498,977 | 172 Days |
| 23121990 | 40% | $1,000,000 | 82,000,000 | $5,300 | 0.0070 | 441,665 | 189 Days |
| 325460 | 40% | $1,500,000 | 28,023,747 | $7,942 | 0.0120 | 264,728 | 189 Days |
| 3914200 | 50% | $700,000 | 11,582,928 | $3,137 | 0.0300 | 313,731 | 192 Days |
| 1631290 | 50% | $700,000 | 68,824,542 | $3,411 | 0.0100 | 378,969 | 205 Days |
| 1141830 | 50% | $700,000 | 27,791,398 | $3,650 | 0.0090 | 101,391 | 192 Days |
| 1209990 | 50% | $400,000 | 12,598,398 | $2,051 | 0.0360 | 97,676 | 195 Days |
| 1222090 | 35% | $1,000,000 | 190,659,393 | $4,160 | 0.0210 | 166,404 | 240 Days |
| 2218490 | 50% | $1,000,000 | 15,856,110 | $3,777 | 0.0250 | 377,745 | 265 Days |
| 1202070 | 40% | $700,000 | 12,518,394 | $2,595 | 0.0100 | 259,476 | 270 Days |
| 1952330 | 45% | $700,000 | 15,176,168 | $2,499 | 0.0100 | 166,591 | 280 Days |
| 3122250 | 50% | $800,000 | 36,770,577 | $2,845 | 0.0150 | 63,221 | 281 Days |
| 1613540 | 40% | $850,000 | 37,764,868 | $2,968 | 0.0450 | 148,412 | 286 Days |
| 987180 | 50% | $700,000 | 144,777,624 | $2,294 | 0.0200 | 229,356 | 305 Days |
| 319840 | 45% | $1,000,000 | 66,882,721 | $3,095 | 0.0100 | 61,906 | 323 Days |
| 13192060 | 50% | $1,300,000 | 400,000,000 | $3,946 | 0.0500 | 3,946,050 | 329 Days |
| 21142230 | 45% | $700,000 | 63,444,360 | $2,115 | 0.0010 | 211,516 | 331 Days |
| 16121310 | 50% | $500,000 | 26,358,608 | $1,477 | 0.0100 | 422,129 | 338 Days |
| 92018150 | 45% | $1,250,000 | 194,344,788 | $3,237 | 0.0035 | 50,574 | 386 Days |
| 121680 | 40% | $1,000,000 | 30,395,772 | $2,539 | 0.0640 | 84,622 | 394 Days |
| 7162030 | 50% | $700,000 | 74,162,895 | $1,758 | 0.0300 | 175,794 | 398 Days |

Case 8-23-70583-ast    Doc 121-9    Filed 02/11/25    Entered 02/11/25 15:17:10

**Average**   $0.1556   506,723   140 Days