11:49 AM
09/17/10
Accrual Basis

**AJW Master Fund**
**General Ledger**
As of December 31, 2008

| | Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|
| **Promissory Note** | | | | | | | | |
| | | | | | | | | 0.00 |
| | General Journal | 11/14/2008 | JE 11-08-11 | | WIFT Master Fairhills 1 | -SPLIT- | 2,142,864.29 | 2,142,864.29 |
| | General Journal | 11/14/2008 | JE 11-08-11 | | WIFT Offshore Fairhills 1 | Promissory Note | 3,112,542.86 | 5,255,407.15 |
| | General Journal | 11/14/2008 | JE 11-08-11 | | WIFT Qualified Fairhills 1 | Promissory Note | 1,654,580.34 | 6,909,987.49 |
| | General Journal | 11/14/2008 | JE 11-08-12 | | CCNG Master Fairhills 1 | -SPLIT- | 2,475,663.62 | 9,385,651.11 |
| | General Journal | 11/14/2008 | JE 11-08-12 | | CCNG Offshore Fairhills 1 | Promissory Note | 4,911,080.18 | 14,296,731.29 |
| | General Journal | 11/14/2008 | JE 11-08-12 | | CCNG Qualified Fairhills 1 | Promissory Note | 2,948,861.03 | 17,245,592.32 |
| | General Journal | 11/14/2008 | JE 11-08-13 | | DLAV Mast Fairhills Four | -SPLIT- | 4,123,336.04 | 21,368,928.36 |
| | General Journal | 11/14/2008 | JE 11-08-13 | | DLAV Off Fairhills Four | Promissory Note | 5,891,029.09 | 27,259,957.45 |
| | General Journal | 11/14/2008 | JE 11-08-13 | | DLAV Qual Fairhills Four | Promissory Note | 4,205,628.03 | 31,465,585.48 |
| | General Journal | 12/31/2008 | JE 12-08-17 | | Master AGEL Fair Hills Three | -SPLIT- | 163,377.50 | 31,628,962.98 |
| | General Journal | 12/31/2008 | JE 12-08-17 | | Off AGEL Fair Hills Three | Promissory Note | 1,144,495.63 | 32,773,458.61 |
| | General Journal | 12/31/2008 | JE 12-08-17 | | Qual AGEL Fair Hills Three | Promissory Note | 506,365.31 | 33,279,823.92 |
| | General Journal | 12/31/2008 | JE 12-08-18 | | CXAC Qual E-Lionheart | -SPLIT- | 122,108.03 | 33,401,931.95 |
| | General Journal | 12/31/2008 | JE 12-08-18 | | GLBT Off E-Lionheart Assoc | Promissory Note | 333,333.33 | 33,735,265.28 |
| | General Journal | 12/31/2008 | JE 12-08-19 | | Off MSTF Fair Hills One | MSTF | 320,229.00 | 34,055,494.28 |
| | General Journal | 12/31/2008 | JE 12-08-20 | | Mast SSHS Fair Hills Two | -SPLIT- | 817,250.00 | 34,872,744.28 |
| | General Journal | 12/31/2008 | JE 12-08-20 | | Qual SSHS Fair Hills Two | Promissory Note | 238,000.00 | 35,110,744.28 |
| | General Journal | 12/31/2008 | JE 12-08-21 | | Off WLSI Fair Hills Two | -SPLIT- | 330,000.00 | 35,440,744.28 |
| | General Journal | 12/31/2008 | JE 12-08-21 | | Qual WLSI Fail Hills Two | Promissory Note | 150,000.00 | 35,590,744.28 |
| **Total Promissory Note** | | | | | | | 35,590,744.28 | 35,590,744.28 |
| **130 · Investments-Master** | | | | | | | | |
| **AGEL** | | | | | | | | |
| | General Journal | 12/31/2008 | JE 12-08-17 | | Master AGEL Fair Hills Three | Promissory Note | -103,530.86 | -103,530.86 |
| **Total AGEL** | | | | | | | -103,530.86 | -103,530.86 |
| **CCGI** | | | | | | | | |
| | General Journal | 11/14/2008 | JE 11-08-12 | | CCNG Master Fairhills 1 | Promissory Note | -697,384.47 | -697,384.47 |
| **Total CCGI** | | | | | | | -697,384.47 | -697,384.47 |
| **DLAD** | | | | | | | | |
| | General Journal | 11/14/2008 | JE 11-08-13 | | DLAV Mast Fairhills Four | Promissory Note | -1,075,652.88 | -1,075,652.88 |
| **Total DLAD** | | | | | | | -1,075,652.88 | -1,075,652.88 |

Page 1 of 4

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC

NIR-SEC2076345


EXHIBIT 98
2/9/11 A

11:49 AM
09/17/10
Accrual Basis

**AJW Master Fund**
**General Ledger**
**As of December 31, 2008**

| | Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **SSHS** | | | | | | | | |
| | General Journal | 12/31/2008 | JE 12-08-20 | | Mast SSHS Fair Hills Two | Promissory Note | -467,000.00 | -467,000.00 |
| Total SSHS | | | | | | | -467,000.00 | -467,000.00 |
| **WIFT** | | | | | | | | |
| | General Journal | 11/14/2008 | JE 11-08-11 | | WIFT Master Fairhills 1 | Promissory Note | -638,300.00 | -638,300.00 |
| Total WIFT | | | | | | | -638,300.00 | -638,300.00 |
| **130.01 · Investments-Offshore** | | | | | | | | |
| **AGEL** | | | | | | | | |
| | General Journal | 12/31/2008 | JE 12-08-17 | | Off AGEL Fair Hills Three | Promissory Note | -946,767.33 | -946,767.33 |
| Total AGEL | | | | | | | -946,767.33 | -946,767.33 |
| **CCGI** | | | | | | | | |
| | General Journal | 11/14/2008 | JE 11-08-12 | | Off CCNG Fair Hills 1 | Promissory Note | -3,196,876.48 | -3,196,876.48 |
| Total CCGI | | | | | | | -3,196,876.48 | -3,196,876.48 |
| **DLAD** | | | | | | | | |
| | General Journal | 11/14/2008 | JE 11-08-13 | | DLAV Off Fairhills Four | Promissory Note | -3,095,072.86 | -3,095,072.86 |
| Total DLAD | | | | | | | -3,095,072.86 | -3,095,072.86 |
| **GLBT** | | | | | | | | |
| | General Journal | 12/31/2008 | JE 12-08-18 | | GLBT Off E-Lionheart Assoc | Promissory Note | -383,333.33 | -383,333.33 |
| Total GLBT | | | | | | | -383,333.33 | -383,333.33 |
| **MSTF** | | | | | | | | |
| | General Journal | 12/31/2008 | JE 12-08-19 | | Off MSTF Fair Hills One | Promissory Note | -320,229.00 | -320,229.00 |
| Total GLBT | | | | | | | -320,229.00 | -320,229.00 |
| **WIFT** | | | | | | | | |
| | General Journal | 11/14/2008 | JE 11-08-11 | | WIFT Offshore Fairhills 1 | Promissory Note | -2,178,780.00 | -2,178,780.00 |
| Total WIFT | | | | | | | -2,178,780.00 | -2,178,780.00 |
| **WLSI** | | | | | | | | |

Page 2 of 4

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC        NIR-SEC2076346

11:49 AM
09/17/10
Accrual Basis

**AJW Master Fund**
**General Ledger**
As of December 31, 2008

| | Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | General Journal | 12/31/2008 | JE 12-08-21 | | Off WLSI Fair Hills Two | Promissory Note | -161,333.33 | -161,333.33 |
| Total WLSI | | | | | | | -161,333.33 | -161,333.33 |
| **130.02 · Investments-Qual** | | | | | | | | |
| AGEL | | | | | | | | |
| | General Journal | 12/31/2008 | JE 12-08-17 | | Qual AGEL Fair Hills Three | Promissory Note | -419,060.95 | -419,060.95 |
| Total AGEL | | | | | | | -419,060.95 | -419,060.95 |
| CCGI | | | | | | | | |
| | General Journal | 11/14/2008 | JE 11-08-12 | | CCNG Qualified Fairhills 1 | Promissory Note | -2,019,613.91 | -2,019,613.91 |
| Total CCGI | | | | | | | -2,019,613.91 | -2,019,613.91 |
| CXAC | | | | | | | | |
| | General Journal | 12/31/2008 | JE 12-08-18 | | CXAC Qual E-Lionheart | Promissory Note | -103,113.44 | -103,113.44 |
| Total CXAC | | | | | | | -103,113.44 | -103,113.44 |
| DLAD | | | | | | | | |
| | General Journal | 11/14/2008 | JE 11-08-13 | | DLAV Qual Fairhills Four | Promissory Note | -2,343,082.90 | -2,343,082.90 |
| Total DLAD | | | | | | | -2,343,082.90 | -2,343,082.90 |
| SSHS | | | | | | | | |
| | General Journal | 12/31/2008 | JE 12-08-20 | | Qual SSHS Fair Hills Two | Promissory Note | -165,292.31 | -165,292.31 |
| Total SSHS | | | | | | | -165,292.31 | -165,292.31 |
| WIFT | | | | | | | | |
| | General Journal | 11/14/2008 | JE 11-08-11 | | WIFT Qualified Fairhills 1 | Promissory Note | -1,158,206.24 | -1,158,206.24 |
| Total WIFT | | | | | | | -1,158,206.24 | -1,158,206.24 |
| WLSI | | | | | | | | |
| | General Journal | 12/31/2008 | JE 12-08-21 | | Qual WLSI Fail Hills Two | Promissory Note | -80,000.00 | -80,000.00 |
| Total WLSI | | | | | | | -80,000.00 | -80,000.00 |
| **410-Investment Returns** | | | | | | | | |
| | General Journal | 11/14/2008 | JE 11-08-11 | | WIFT Master Fairhills 1 | Promissory Note | -1,504,564.29 | -1,504,564.29 |
| | General Journal | 11/14/2008 | JE 11-08-11 | | WIFT Offshore Fairhills 1 | Promissory Note | -933,762.86 | -2,438,327.15 |

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC

NIR-SEC2076347

11:49 AM
09/17/19
Accrual Basis

# AJW Master Fund
## General Ledger
### As of December 31, 2008

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 11/14/2008 | JE 11-08-11 | | WIFT Qualified Fairhills 1 | Promissory Note | -496,374.10 | -2,934,701.25 |
| General Journal | 11/14/2008 | JE 11-08-12 | | CCNG Master Fairhills 1 | Promissory Note | -1,778,279.15 | -4,712,980.40 |
| General Journal | 11/14/2008 | JE 11-08-12 | | CCNG Offshore Fairhills 1 | Promissory Note | -1,714,203.70 | -6,427,184.10 |
| General Journal | 11/14/2008 | JE 11-08-12 | | CCNG Qualified Fairhills 1 | Promissory Note | -929,247.12 | -7,356,431.22 |
| General Journal | 11/14/2008 | JE 11-08-13 | | DLAV Mast Fairhills Four | Promissory Note | -3,047,683.16 | -10,404,114.38 |
| General Journal | 11/14/2008 | JE 11-08-13 | | DLAV Off Fairhills Four | Promissory Note | -2,795,956.23 | -13,200,070.61 |
| General Journal | 11/14/2008 | JE 11-08-13 | | DLAV Qual Fairhills Four | Promissory Note | -1,862,545.13 | -15,062,615.74 |
| General Journal | 12/31/2008 | JE 12-08-17 | | Master AGEL Fair Hills Three | Promissory Note | -59,846.64 | -15,122,462.38 |
| General Journal | 12/31/2008 | JE 12-08-17 | | Off AGEL Fair Hills Three | Promissory Note | -197,728.30 | -15,320,190.68 |
| General Journal | 12/31/2008 | JE 12-08-17 | | Qual AGEL Fair Hills Three | Promissory Note | -87,304.36 | -15,407,495.04 |
| General Journal | 12/31/2008 | JE 12-08-18 | | CXAC Qual E-Lionheart | Promissory Note | -18,994.59 | -15,426,489.63 |
| General Journal | 12/31/2008 | JE 12-08-18 | | GLBT Off E-Lionheart Assoc | Promissory Note | 50,000.00 | -15,376,489.63 |
| General Journal | 12/31/2008 | JE 12-08-20 | | Mast SSHS Fair Hills Two | Promissory Note | -350,250.00 | -15,726,739.63 |
| General Journal | 12/31/2008 | JE 12-08-20 | | Qual SSHS Fair Hills Two | Promissory Note | -72,707.69 | -15,799,447.32 |
| General Journal | 12/31/2008 | JE 12-08-21 | | Off WLSI Fair Hills Two | Promissory Note | -168,666.67 | -15,968,113.99 |
| General Journal | 12/31/2008 | JE 12-08-21 | | Qual WLSI Fair Hills Two | Promissory Note | -70,000.00 | -16,038,113.99 |
| Total 410-Investment Returns | | | | | | | -16,038,113.99 |
| Total no accnt | | | | | | | |
| TOTAL | | | | | | 0.00 | 0.00 |

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC

NIR-SEC2076348

2:19 PM
09/17/10
Accrual Basis

# AJW Partners
## General Ledger
As of December 31, 2008

| | Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|
| **129-Promisory Notes** | | | | | | | | 0.00 |
| | General Journal | 11/14/2008 | JE-11-08-9 | | WIFI_06/29/01 | -SPLIT- | 571,428.57 | 571,428.57 |
| | General Journal | 11/14/2008 | JE-11-08-9 | | WIFI_03/20/02 | 129-Promisory Notes | 285,714.29 | 857,142.86 |
| | General Journal | 11/14/2008 | JE-11-08-10 | | CCNG: 11/7/05,10/27/05,5/31/06,1/24/07,11/9/07,1 | -SPLIT- | 1,858,390.41 | 2,715,533.27 |
| | General Journal | 11/14/2008 | JE-11-08-11 | | DLAV Fairhills Four | -SPLIT- | 2,374,118.60 | 5,089,651.87 |
| | General Journal | 12/31/2008 | JE-12-08-8 | | AGEL Fairhills Three | -SPLIT- | 244,055.42 | 5,333,707.29 |
| | General Journal | 12/31/2008 | JE-12-08-9 | | CXAC E-Lionheart | -SPLIT- | 125,273.22 | 5,458,980.51 |
| | General Journal | 12/31/2008 | JE-12-08-10 | | SSHS Fair Hills Two | -SPLIT- | 298,900.00 | 5,757,880.51 |
| | General Journal | 12/31/2008 | JE-12-08-11 | | WLSI Fair Hills Two | -SPLIT- | 108,750.00 | 5,866,630.51 |
| **Total 129-Promisory Notes** | | | | | | | 5,866,630.51 | 5,866,630.51 |
| **130-Investments** | | | | | | | | |
| AGEL | | | | | | | | |
| | General Journal | 12/31/2008 | JE-12-08-8 | | AGEL Fairhills Three | 129-Promisory Notes | -153,552.51 | -153,552.51 |
| Total AGEL | | | | | | | -153,552.51 | -153,552.51 |
| CCNG | | | | | | | | |
| | General Journal | 11/14/2008 | JE-11-08-10 | | CCNG: 11/7/05,10/27/05,5/31/06,1/24/07,11/9/07,1 | 129-Promisory Notes | -415,873.36 | -415,873.36 |
| Total CCNG | | | | | | | -415,873.36 | -415,873.36 |
| CXAC | | | | | | | | |
| | General Journal | 12/31/2008 | JE-12-08-9 | | CXAC E-Lionheart | 129-Promisory Notes | -77,755.79 | -77,755.79 |
| Total CXAC | | | | | | | -77,755.79 | -77,755.79 |
| DLAD | | | | | | | | |
| | General Journal | 11/14/2008 | JE-11-08-11 | | DLAV Fairhills Four | 129-Promisory Notes | -538,166.94 | -538,166.94 |
| Total DLAD | | | | | | | -538,166.94 | -538,166.94 |
| SSHS | | | | | | | | |
| | General Journal | 12/31/2008 | JE-12-08-10 | | SSHS Fair Hills Two | 129-Promisory Notes | -170,800.00 | -170,800.00 |
| Total SSHs | | | | | | | -170,800.00 | -170,800.00 |
| WIFT | | | | | | | | |
| | General Journal | 11/14/2008 | JE-11-08-9 | | WIFI_06/29/01 | 129-Promisory Notes | -200,000.00 | -200,000.00 |

Page 1 of 2

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC

NIR-SEC2076349

2:19 PM
09/17/10
Accrual Basis

# AJW Partners
## General Ledger
### As of December 31, 2008

| | Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | General Journal | 11/14/2008 | JE-11-08-9 | | WIFI_03/20/02 | 129-Promisory Notes | -100,000.00 | -300,000.00 |
| Total WIFT | | | | | | | -300,000.00 | -300,000.00 |
| WLSI | | | | | | | | |
| | General Journal | 12/31/2008 | JE-12-08-11 | | WLSI Fair Hills Two | 129-Promisory Notes | -43,500.00 | -43,500.00 |
| Total WLSI | | | | | | | -43,500.00 | -43,500.00 |
| 410-Investment Returns | | | | | | | | |
| | General Journal | 11/14/2008 | JE-11-08-9 | | WIFI_06/29/01 | 129-Promisory Notes | -371,428.57 | -371,428.57 |
| | General Journal | 11/14/2008 | JE-11-08-9 | | WIFI_03/20/02 | 129-Promisory Notes | -185,714.29 | -557,142.86 |
| | General Journal | 11/14/2008 | JE-11-08-10 | | CCNG: 11/7/05,10/27/05,5/31/06,1/24/07,11/9/07,1 | 129-Promisory Notes | -1,442,517.05 | -1,999,659.91 |
| | General Journal | 11/14/2008 | JE-11-08-11 | | DLAV Fairhills Four | 129-Promisory Notes | -1,835,951.66 | -3,835,611.57 |
| | General Journal | 12/31/2008 | JE-12-08-8 | | AGEL Fairhills Three | 129-Promisory Notes | -90,502.91 | -3,926,114.48 |
| | General Journal | 12/31/2008 | JE-12-08-9 | | CXAC E-Lionheart | 129-Promisory Notes | -47,517.43 | -3,973,631.91 |
| | General Journal | 12/31/2008 | JE-12-08-10 | | SSHS Fair Hills Two | 129-Promisory Notes | -128,100.00 | -4,101,731.91 |
| | General Journal | 12/31/2008 | JE-12-08-11 | | WLSI Fair Hills Two | 129-Promisory Notes | -65,250.00 | -4,166,981.91 |
| Total 410-Investment Returns | | | | | | | -4,166,981.91 | |
| TOTAL | | | | | | | 0.00 | 0.00 |

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC

NIR-SEC2076350

2:37 PM
09/17/10
Accrual Basis

# New Millennium Capital Partners II
## General Ledger
### As of December 31, 2008

| | Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **129-Promissory Note** | | | | | | | | 0.00 |
| | General Journal | 11/14/2008 | JE-11-08-9 | | WIFT Fairhills 1 | -SPLIT- | 885,714.29 | 885,714.29 |
| | General Journal | 11/14/2008 | JE-11-08-10 | | CCNG Fairhills 1 | -SPLIT- | 316,639.17 | 1,202,353.46 |
| | General Journal | 11/14/2008 | JE-11-08-11 | | DLAD Fairhills Four | -SPLIT- | 415,178.07 | 1,617,531.53 |
| | General Journal | 12/31/2008 | JE-12-08-8 | | AGEL Fair Hills Three | -SPLIT- | 88,819.06 | 1,706,350.59 |
| | General Journal | 12/31/2008 | JE-12-08-8 | | SSHS Fair Hills Two | -SPLIT- | 40,180.00 | 1,746,530.59 |
| | General Journal | 12/31/2008 | JE-12-08-9 | | WLSI Fair Hills Two | -SPLIT- | 11,250.00 | 1,757,780.59 |
| **Total 129-Promissory Note** | | | | | | | 1,757,780.59 | 1,757,780.59 |
| **130-Investments** | | | | | | | | |
| AGEL | | | | | | | | |
| | General Journal | 12/31/2008 | JE-12-08-8 | | AGEL Fair Hills Three | 129-Promissory Note | -66,364.36 | -66,364.36 |
| Total AGEL | | | | | | | -66,364.36 | -66,364.36 |
| CCGI | | | | | | | | |
| | General Journal | 11/14/2008 | JE-11-08-10 | | CCNG Fairhills 1 | 129-Promissory Note | -68,225.00 | -68,225.00 |
| Total CCGI | | | | | | | -68,225.00 | -68,225.00 |
| DLAD | | | | | | | | |
| | General Journal | 11/14/2008 | JE-11-08-11 | | DLAD Fairhills Four | 129-Promissory Note | -94,145.66 | -94,145.66 |
| Total DLAD | | | | | | | -94,145.66 | -94,145.66 |
| SSHS | | | | | | | | |
| | General Journal | 12/31/2008 | JE-12-08-8 | | SSHS Fair Hills Two | 129-Promissory Note | -19,600.00 | -19,600.00 |
| Total SSHS | | | | | | | -19,600.00 | -19,600.00 |
| WIFT | | | | | | | | |
| | General Journal | 11/14/2008 | JE-11-08-9 | | WIFT Fairhills 1 | 129-Promissory Note | -310,000.00 | -310,000.00 |
| Total WIFT | | | | | | | -310,000.00 | -310,000.00 |
| WLSI | | | | | | | | |
| | General Journal | 12/31/2008 | JE-12-08-9 | | WLSI Fair Hills Two | 129-Promissory Note | -4,500.00 | -4,500.00 |
| Total WLSI | | | | | | | -4,500.00 | -4,500.00 |

Page 1 of 2

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC

NIR-SEC2076351

```
2:37 PM                          New Millennium Capital Partners II
09/17/10                                  General Ledger
Accrual Basis                         As of December 31, 2008
```

| | Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **410-Investment Returns** | | | | | | | | |
| | General Journal | 11/14/2008 | JE-11-08-9 | | WFT Fairhills 1 | 129-Promissory Note | -575,714.29 | -575,714.29 |
| | General Journal | 11/14/2008 | JE-11-08-10 | | CCNG Fairhills 1 | 129-Promissory Note | -248,414.17 | -824,128.46 |
| | General Journal | 11/14/2008 | JE-11-08-11 | | DLAD Fairhills Four | 129-Promissory Note | -321,032.41 | -1,145,160.87 |
| | General Journal | 12/31/2008 | JE-12-08-8 | | AGEL Fair Hills Three | 129-Promissory Note | -22,454.70 | -1,167,615.57 |
| | General Journal | 12/31/2008 | JE-12-08-8 | | SSHS Fair Hills Two | 129-Promissory Note | -20,580.00 | -1,188,195.57 |
| | General Journal | 12/31/2008 | JE-12-08-9 | | WLSI Fair Hills Two | 129-Promissory Note | -6,750.00 | -1,194,945.57 |
| **Total 400-Investment Returns** | | | | | | | -1,194,945.57 | |
| Total no accnt | | | | | | | | |
| **TOTAL** | | | | | | | 0.00 | 0.00 |

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC

NIR-SEC2076352