**From:** Corey Ribotsky
**Sent:** Wednesday, April 30, 2008 7:04 AM
**To:** Mark Grober <mgrober@NIRGROUP.com>
**Subject:** Re:

---

Bronson is a theif and crook. He is wasting valuable time
Corey S. Ribotsky
Managing Member
The NIR Group, LLC
NOTICE:
This e-mail (including attachments, if any) is intended only for the addressee(s) named above. If you received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately.
-----Original Message-----
From: Mark Grober
To: Corey Ribotsky
Sent: Wed Apr 30 00:27:31 2008
Subject: Re:
Yea there was a lot of disconnect, because bronson never said anything about not using Actek, which is where some of our debt is right now.
That was cleared up today when Yoel and myself got on the phone with bronson and anslow.

---------------------------
Mark Grober
The NIR Group
NOTICE:
This e-mail (including attachments, if any) is intended only for the addressee(s) named above. If you received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately.
-----Original Message-----
From: Corey Ribotsky
To: Mark Grober
Sent: Wed Apr 30 00:11:59 2008
Subject: Re:
What?
Corey S. Ribotsky
Managing Member
The NIR Group, LLC
NOTICE:
This e-mail (including attachments, if any) is intended only for the addressee(s) named above. If you received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately.
-----Original Message-----
From: Mark Grober
To: Corey Ribotsky


EXHIBIT 106 2/9/11

FOIA Confidential Treatment Requested by The N.I.R. Group, LLC          NIR-SEC1393021

Sent: Tue Apr 29 23:40:15 2008
Subject: Re:
Waiting on verification from Richard Anslow on whether our aged paper will have a 1 year holding period.

The plan is to use Mag-well and Media Way, with your approval, due to the fact that Media Way has a lot less forms to be filed to make it current. Media Way is also Bronson's available companys.

The steps are as follows: transfer debt from Actek to Media Way, do the reverses for Media Way and Mag-well, file form 15's to bring to Pinks initially, then registration.

---

Mark Grober
The NIR Group
NOTICE:
This e-mail (including attachments, if any) is intended only for the addressee(s) named above. If you received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately.

-----Original Message-----
From: Corey Ribotsky
To: Mark Grober
Sent: Tue Apr 29 23:17:49 2008
The reverses for bronson?
Corey S. Ribotsky
Managing Member
The NIR Group, LLC
NOTICE:
This e-mail (including attachments, if any) is intended only for the addressee(s) named above. If you received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately.