## Byrne, Kenneth

| | |
|---|---|
| **From:** | Edward Bronson [edward@fairhillscapital.com] |
| **Sent:** | Tuesday, February 19, 2008 12:01 PM |
| **To:** | 'Corey Ribotsky'; 'schaftlein@juno.com' |
| **Cc:** | 'Daryl Dworkin'; 'Natalie Johnson'; 'mwood@dibzintl.com'; 'mw7147@mac.com' |
| **Subject:** | RE: ACTK & MGWL |

Corey,

The assets and the shells are still in place. Nothing has been liquidated. If it is your desire to fund the business then Mark Wood can either rehire the old employees or hire new employees. I have not committed fraud and have no desire to defraud NIR. Let Mark Wood know what you want to do.

Edward J. Bronson, Esq.
Fairhills Capital
P: 646.485.7700
F: 646.390.8433
E: Edward@FairhillsCapital.com
IM:EdwardLHV@aol.com


-----Original Message-----
From: Corey Ribotsky [mailto:CRibotsky@NIRGROUP.com]
Sent: Tuesday, February 19, 2008 11:49 AM
To: schaftlein@juno.com
Cc: Daryl Dworkin; edward@fairhillscapital.com; Natalie Johnson; mwood@dibzintl.com;
mw7147@mac.com
Subject: Re: ACTK & MGWL

You were told in writing several times funding was coming.  Ira miller was told 15 times.

Corey S. Ribotsky
Managing Member
The NIR Group, LLC


NOTICE:
This e-mail (including attachments, if any) is intended only for the addressee(s) named above. If you received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately.

-----Original Message-----
From: Mark Schaftlein <schaftlein@juno.com>
To: Corey Ribotsky
CC: Daryl Dworkin; edward@fairhillscapital.com <edward@fairhillscapital.com>; Natalie
Johnson; mwood@dibzintl.com <mwood@dibzintl.com>; mw7147@mac.com <mw7147@mac.com>;
mwood@dibzintl.com <mwood@dibzintl.com>; mw7147@mac.com <mw7147@mac.com>
Sent: Tue Feb 19 11:51:54 2008
Subject: Re: ACTK & MGWL

As I previously said, I have no control over these businesses.  Mark worked these deals diligently until funding never arrived.

-- "Corey Ribotsky" <CRibotsky@NIRGROUP.com> wrote:
Mr schaftelin-

Neither you nor Mr Wood made this apparent.  Mr Bronson has a checkered past and now his reputation preceeds him.

No problem.  Turn over all control immediately to the investors.

If not we will be forced to take legal action.

1



You were told distinctly that glbt could not be funded. But that the others would be.

Mr. Wood told us via email several times that the business was continuing and doing well.

Maybe you should have told him he wasn't working anymore?


Corey S. Ribotsky
Managing Member
The NIR Group, LLC


NOTICE:
This e-mail (including attachments, if any) is intended only for the addressee(s) named
above. If you received this e-mail in error, please notify the sender and permanently
delete the e-mail and any attachments immediately.

-----Original Message-----
From: Mark Schaftlein <schaftlein@juno.com>
To: Daryl Dworkin
CC: edward@fairhillscapital.com <edward@fairhillscapital.com>; Corey Ribotsky; Natalie
Johnson; mwood@dibzintl.com <mwood@dibzintl.com>; mw7147@mac.com <mw7147@mac.com>
Sent: Tue Feb 19 11:41:37 2008
Subject: RE: ACTK & MGWL

Guys,

I read this chain of emails today. A few points of clarification. I am not an officer or
director of either of the spin offs and have no authority to do any corporate action. All
of my corporate actions were related to GLBT.

Mark Wood is the COO of the two spin offs. The information Ed (who is CEO of both)
represented is correct as related to Texas law. After numerous email request for funding
which was never received at either of the two spin offs, those employees were all let go
as no monies ever arrived to pay them.

When the deal initially closed, it was clearly represented that funding would carry the
companies to year end and possibly early January. They were early stage development
businesses. Mark Wood was able to carry them to the end of January when funding
completely dried up.

The equipment used by Virtual Call Center is in storage in Mark Woods garage.

These two spin offs are now shells.

I'll be happy to forward the previously sent emails if needed.

Yours,

Marl


Please note: message attached


Looking for insurance? Click to compare and save big.
http://thirdpartyoffers.juno.com/TGL2121/fc/Ioyw6i3m2758PJ7ypaOxfSXXR4M2jeJdRUP9m06JPPjyGN
avOYRrdu/


Turn your passion into a profession. Click here to find a film school near you.
http://thirdpartyoffers.juno.com/TGL2121/fc/Ioyw6i3l7QCiuBQ5BbpfmXqKirzSPrtJt2PgiJztQQ2Ywi