```
                    080630 Explanation delay audit 2007.txt
Van: Corey Ribotsky [CRibotsky@NIRGROUP.com]
Verzonden: maandag 30 juni 2008 14:43
Aan: Dirk van de Geer; crribotsky@nirgroup.com
CC: Robert Jan van Hoorn; Mark Baak; Jordan Feinstein; Paul Schwartz
Onderwerp: Re: Annual report
```

Dirk-

Yes this is the only reason for the delay.

We can definitely do that. When were you thinking?

Best Regards,

Corey

Corey S. Ribotsky
Managing Member
The NIR Group, LLC


NOTICE:
This e-mail (including attachments, if any) is intended only for the addressee(s) named above. If you received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately.

-----Original Message-----
From: Dirk van de Geer <dvdgeer@finles.nl>
To: Corey Ribotsky; crribotsky@nirgroup.com <crribotsky@nirgroup.com>
CC: Robert Jan van Hoorn <rvanhoorn@finles.nl>; Mark Baak <mbaak@finles.nl>; Jordan Feinstein
Sent: Mon Jun 30 07:59:42 2008
Subject: RE: Annual report

Dear Corey,

Thanks for your quick response!
We know that dealing with an external auditor can take more time then expected. I just wanted to check if this is the only reason for the delay.

Another thing, would it be possible to schedule a conference call somewhere early next week to get an update on the fund?

Best regards
Dirk

-----Oorspronkelijk bericht-----
Van: Corey Ribotsky [mailto:CRibotsky@NIRGROUP.com]
Verzonden: maandag 30 juni 2008 13:36
Aan: Dirk van de Geer; crribotsky@nirgroup.com
CC: Robert Jan van Hoorn; Mark Baak; Jordan Feinstein
Onderwerp: Re: Annual report


Dirk-

We apologize for the delay. As you know it is not up to us it is up to the auditor. Who is an independent third party. Unfortunately they have taken longer this year and with our switch to the master/feeder structure have to do some additional audit procedures. Further to that there are new auditing standards for all funds that are creating some backlog throughout the auditing community.



080630 Explanation delay audit 2007.txt

We understand the frustration. We are frustrated as well. But we are not alone. Our auditing firm works with a good number of funds. The partner in charge of our audit has half of his funds that are still awaiting audit finalization.
We are told it will be done shortly.

We thank you for your patience and will alert you as soon as it is done.

Best Regards,

Corey

Corey S. Ribotsky
Managing Member
The NIR Group, LLC

NOTICE:
This e-mail (including attachments, if any) is intended only for the addressee(s) named above. If you received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately.

-----Original Message-----
From: Dirk van de Geer <dvdgeer@finles.nl>
To: crribotsky@nirgroup.com <crribotsky@nirgroup.com>
CC: Robert Jan van Hoorn <rvanhoorn@finles.nl>; Mark Baak <mbaak@finles.nl>
Sent: Mon Jun 30 02:07:41 2008
Subject: Annual report

Dear Corey,

As you know we are already invested for a while in the AJW fund. Until now we have not received the annual report of 2007 yet although it was promised months ago that it was almost finalized. Can you please tell me what the status and why this is taking longer then expected?

With kind regards,

Dirk van de Geer
Portfolio manager


Finles Capital Management
Van Sijpesteijnkade 23
P.O. Box 2600
NL - 3500 GP Utrecht

Number Chamber of Commerce: 30143997

T +31 302 974 954
F +31 302 974 959
E dvdgeer@finles.nl
I www.finles.eu <file://www.finles.eu>

This message is intended only for the person or entity to which it is addressed. The message may contain confidential and/or privileged information, the disclosure of which is prohibited. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden. If you are not the intended recipient (or have received this e-mail in error), please contact the sender and delete the material from any computer.