**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 8-23-70583-AST |
|  | Chapter 7 |
| **COREY S. RIBOTSKY,** |  |
|  | Appeal: Ribotsky v. SEC, |
| Debtor. | 25-00349-JMA (E.D.N.Y.) |

APPELLEE SECURITIES AND EXCHANGE COMMISSION'S AMENDED
DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN
<u>RECORD ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009(a)(2)</u>

The U.S. Securities and Exchange Commission (the "SEC"), pursuant to Fed. R. Bankr. P. 8009(a)(2), hereby designates the following additional items to be included in the record on appeal from the Court's (i) January 6, 2025 Memorandum Opinion Denying Debtor's Motion for Summary Judgment and Granting SEC's Motion for Summary Judgment; and (ii) January 10, 2025 Order and Judgment.

| Docket Number | Description |
|---|---|
| 13 | Reply to Objection of U.S. Securities and Exchange Commission to Debtor's Motion to Extend Stay, Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)10 |
| 29 | Response Re: Securities and Exchange Commission (SEC) / Court Order dated 5/19/23 Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)28 |
| 34 | Response to Court Order and Debtor Letter Filed by Patricia Schrage on behalf of Securities and Exchange Commission (RE: related document(s)28 |
| 36 | Order Discharging Debtor Chapter 7. Signed on 06/27/2023 |
| 55 | Emergency Motion to Impose Automatic Stay and Extend the Automatic Stay as to all Collection Efforts of the U.S. Securities and Exchange Commission the Debtors Property and all Property of this Bankruptcy Estate Under 11 U.S.C. Sections 362 (c)(3)(B) and |

| | |
|---|---|
| | 362(c)(3)(C)(III) Filed by Ronald D Weiss on behalf of Corey S. Ribotsky. |
| 58 | Objection to motion seeking to enjoin post-judgment collection actions on the SEC"s nondischargeable penalty judgment |
| 60 | Motion to Prohibit/Enjoin/Restrain Securities and Exchange Commission's Motion for Rulings (I) In Limine, Clarifying the Scope of the April 22, 2024 Evidentiary Hearing on the Dischargeability of Corey Ribotsky's Disgorgement Debt to the SEC and (II) Reserving Additional Evidentiary Hearing Dates to Accommodate Unavailable Witnesses. |
| 62 | Pre-Trial Statement Filed by Neal Jacobson on behalf of Securities and Exchange Commission |
| 69 | Objection Response and Opposition to Motion filed by SEC Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)60 |
| 73 | Objection to Debtor's Evidentiary Submission Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)63 |
| 74 | Exhibit Amended SEC Designation of Corey Ribotsky Testimony Replacing Dkt. No. 62-3 Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)62 |
| 86 | Motion For Summary Judgment Filed by Neal Jacobson on behalf of Securities and Exchange Commission |
| 95 | Reply SECURITIES AND EXCHANGE COMMISSIONS REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON THE DISCHARGEABILITY OF COREY S. RIBOTSKYS CONSENT JUDGMENT FOR THE VIOLATION OF THE FEDERAL SECURITIES LAWS Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)86 |
| 113 | Notice of Appeal to District Court |
| 121 | Addendum to Record on Appeal Notice of filing additional items pursuant to L.B.R. 8009-1(a)  Filed by Neal Jacobson on behalf of Securities and Exchange Commission |

Dated: February 12, 2025
       New York, New York

                        Respectfully Submitted,

                        UNITED STATES SECURITIES AND
                        EXCHANGE COMMISSION

                        By:  */s/Neal Jacobson*
                        Neal Jacobson
                        Patricia Schrage
                        New York Regional Office
                        100 Pearl Street, Suite 20-100
                        New York, NY 10004
                        Tel.: 212-336-1100
                        Jacobsonn@sec.gov