https://nyeb-ecf.sso.dcn/cgi-bin/DktRpt.pl?136958609952419-L_1_0-1

Repeat, PRVDISM, MEANSNO, REOPEN, APPEAL

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
### Bankruptcy Petition #: 8-23-70583-ast

|  |  |
|---|---|
| *Assigned to:* Judge Alan S. Trust | *Date filed:* 02/17/2023 |
| Chapter 7 | *Date reopened:* 10/04/2023 |
| Voluntary | *Debtor discharged:* 06/27/2023 |
| No asset | *341 meeting:* 06/20/2023 |
|  | *Deadline for filing claims:* 06/08/2023 |
|  | *Deadline for objecting to discharge:* 05/22/2023 |
|  | *Deadline for financial mgmt. course:* 05/22/2023 |

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| *Debtor* | represented by **Corey S. Ribotsky** |
| **Corey S. Ribotsky** | PRO SE |
| 5 Campo Circle | |
| Old Westbury, NY 11568 | **Ronald D Weiss** |
| NASSAU-NY | Ronald D. Weiss, Esq. |
| SSN / ITIN: xxx-xx-9782 | 445 Broadhollow Road |
| | Suite CL-10 |
| | Melville, NY 11747 |
| | 631-271-3737 |
| | Fax : 631-271-3784 |
| | Email: weiss@ny-bankruptcy.com |
| | *TERMINATED: 07/12/2024* |
| | |
| *Trustee* | represented by **Fred S Kantrow** |
| **Allan B. Mendelsohn** | The Kantrow Law Group, PLLC |
| Allan B. Mendelsohn, LLP | 732 Smithtown Bypass |
| 38 New Street | Suite 101 |
| Huntington, NY 11743 | Smithtown, NY 11787 |
| (631)923-1625 | 516-703-3672 |
| | Email: fkantrow@thekantrowlawgroup.com |
| | |
| | **The Kantrow Law Group, PLLC** |
| | 732 Smithtown Bypass, Suite 101 |
| | Smithtown, NY 11787 |
| | 516 703 3672 |
| | |
| *U.S. Trustee* | |
| **United States Trustee** | |
| Long Island Federal Courthouse | |
| 560 Federal Plaza - Room 560 | |
| Central Islip, NY 11722-4437 | |
| (631) 715-7800 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 02/17/2023 | [1](#)<br>(57 pgs) | Chapter 7 Voluntary Petition for Individuals. Fee Amount $338 Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (Weiss, Ronald) (Entered: 02/17/2023) |
| 02/17/2023 | [2](#)<br>(1 pg) | Pre-Petition Statement Pursuant to E.D.N.Y LBR 2017-1 Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (Weiss, Ronald) (Entered: 02/17/2023) |
| 02/17/2023 | [3](#)<br>(1 pg) | Certificate of Credit Counseling for Debtor Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (Weiss, Ronald) (Entered: 02/17/2023) |
| 02/17/2023 | [4](#)<br>(5 pgs) | Employee Income Records / Copies of Pay Statements Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (Weiss, Ronald) (Entered: 02/17/2023) |
| 02/17/2023 | ● | Receipt of Voluntary Petition (Chapter 7)( 8-23-70583) [misc,volp7a] ( 338.00) Filing Fee. Receipt number A21416533. Fee amount 338.00. (re: Doc# [1](#)) (U.S. Treasury) (Entered: 02/17/2023) |
| 02/17/2023 | ● | Meeting of Creditors Chapter 7 No Asset & Appointment of Chapter 7 Trustee, Mendelsohn, Allan B. 341(a) Meeting to be held on 3/22/2023 at 01:00 PM at Room 561, 560 Federal Plaza, CI, NY. Financial Management Certificate due by 5/22/2023. Last day to oppose discharge or dischargeability is 5/22/2023. (Entered: 02/17/2023) |
| 02/21/2023 | ● | [Prior Filing](#) Case Number(s): 22-72781-ast - dismissed: 01/20/2023 - closing pending - waiting for Trustee's final report to close case; 14-75575-ast - discharged: 01/26/2016. (amp) (Entered: 02/21/2023) |
| 02/21/2023 | ● | Judge Louis A. Scarcella removed from the case due to Prior Filing, Judge Reassigned. Judge Alan S. Trust added to the case. (amp) (Entered: 02/21/2023) |
| 02/21/2023 | [5](#)<br>(6 pgs; 4 docs) | Request for Notice - Meeting of Creditors Chapter 7 No Asset (amp) (Entered: 02/21/2023) |
| 02/23/2023 | [6](#)<br>(5 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 02/23/2023. (Admin.) (Entered: 02/24/2023) |
| 02/23/2023 | [7](#)<br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 02/23/2023. (Admin.) (Entered: 02/24/2023) |
| 02/28/2023 | [8](#)<br>(7 pgs) | Motion to Extend Automatic Stay *pursuant to 11 U.S.C. Section 362(c)(3)* Objections to be filed on 03/02/2023. Filed by Ronald D Weiss on behalf of Corey S. Ribotsky. Hearing scheduled for 3/9/2023 at 10:30 AM at Courtroom 960 (Judge Trust), CI, NY. (Weiss, Ronald) (Entered: 02/28/2023) |

| | | |
|---|---|---|
| 02/28/2023 | 9<br>(3 pgs) | Affidavit/Certificate of Service *Dated 2/28/2023* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)8 Motion to Extend Automatic Stay filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 02/28/2023) |
| 03/03/2023 | 10<br>(6 pgs) | Objection Filed by Patricia Schrage on behalf of Securities and Exchange Commission (RE: related document(s)8 Motion to Extend Automatic Stay filed by Debtor Corey S. Ribotsky) (Schrage, Patricia) (Entered: 03/03/2023) |
| 03/06/2023 | 11<br>(1 pg) | Letter *Agreed Extension of Objection Deadline* Filed by Patricia Schrage on behalf of Securities and Exchange Commission (RE: related document(s)8 Motion to Extend Automatic Stay filed by Debtor Corey S. Ribotsky) (Schrage, Patricia) (Entered: 03/06/2023) |
| 03/06/2023 | 12<br>(1 pg) | Affidavit/Certificate of Service Filed by Patricia Schrage on behalf of Securities and Exchange Commission (RE: related document(s)10 Objection filed by Creditor Securities and Exchange Commission) (Schrage, Patricia) (Entered: 03/06/2023) |
| 03/06/2023 | | Statement Adjourning 341(a) Meeting of Creditors 341(a) Meeting Adjourned to 3/22/2023 at 01:00 PM at Teleconference - Central Islip. Tel. # (877) 972-5101 Code: 6497800 (Mendelsohn, Allan) (Entered: 03/06/2023) |
| 03/07/2023 | 13<br>(12 pgs; 4 docs) | Reply *to Objection of U.S. Securities and Exchange Commission to Debtor's Motion to Extend Stay,* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)10 Objection filed by Creditor Securities and Exchange Commission) (Attachments: # 1 Affidavit # 2 Exhibit "A" to Affidavit # 3 Affidavit /Certificate of Service) (Weiss, Ronald) (Entered: 03/07/2023) |
| 03/09/2023 | 14<br>(8 pgs; 3 docs) | Application to Employ Filed by Fred S Kantrow on behalf of Allan B. Mendelsohn. (Attachments: # 1 Exhibit Affidavit in Support # 2 Proposed Order) (Kantrow, Fred) (Entered: 03/09/2023) |
| 03/09/2023 | | Trustee's Discovery of Assets Filed by Allan B. Mendelsohn. (Mendelsohn, Allan) (Entered: 03/09/2023) |
| 03/09/2023 | | Hearing Held and Adjourned; Appearances: Michael Farina, Patricia Schrage. 'Hearing scheduled for 05/11/2023 at 10:30 AM at Courtroom 960 (Judge Trust), CI, NY.(RE: related document(s) 8 Motion to Extend Automatic Stay Filed by Debtor Corey S. Ribotsky) MOTION GRANTED IN PART AS PER TERMS STATED ON THE RECORD - SUBMIT ORDER; IF THE PROPOSED ORDER IS NOT SUBMITTED OR SETTLED AS DIRECTED WITHIN 14 DAYS, THE MATTER MAY BE DEEMED ABANDONED PURSUANT TO E.D.N.Y. L.B.R. 9072-1. (ymm) (Entered: 03/13/2023) |
| 03/10/2023 | 15<br>(2 pgs; 2 docs) | Notice of Discovery of Assets Proofs of Claims due by 06/08/2023. (discassets) (Entered: 03/10/2023) |

| | | |
|---|---|---|
| 03/12/2023 | 🌐 16<br>(4 pgs) | BNC Certificate of Mailing with Notice of Discovery of Assets Notice Date 03/12/2023. (Admin.) (Entered: 03/13/2023) |
| 03/14/2023 | 🌐 17<br>(2 pgs) | Order Granting Application to Employ The Kantrow Law Group, PLLC as counsel to the trustee (Related Doc # 14) Signed on 3/14/2023. (amp) (Entered: 03/14/2023) |
| 03/14/2023 | 🌐 18<br>(1 pg) | Letter of Adjournment: Hearing rescheduled from 03/09/23 @ 10:30 am to 05/11/23 @ 10:30 am Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)8 Motion to Extend Automatic Stay filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 03/14/2023) |
| 03/23/2023 | 🌐 | Statement Adjourning 341(a) Meeting of Creditors 341(a) Meeting Adjourned to 04/19/23 at 01:45 PM at Central Islip Office. Tel # (877) 972-5101 Appearance Code: 6497800 (Mendelsohn, Allan) (Entered: 03/23/2023) |
| 03/23/2023 | 🌐 19<br>(2 pgs) | Notice of Submission of Proposed Order Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)8 Motion to Extend Automatic Stay filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 03/23/2023) |
| 03/29/2023 | 🌐 20<br>(2 pgs) | Ordered, that the automatic stay be and it hereby is extended as to all of the Debtors property and property of the Estate in this Chapter 7 Proceeding pursuant to 11 U.S.C.Sections 362(c)(3)(B) and 362(c)(3)(C)(III) up to and including May 13, 2023; and that the automatic stay, to the extent applicable, be and it hereby is vacated for the limited purpose of permitting the SEC to continue with its depositions of the Debtor, Tammi Stempel Ribotsky and Five for Five, Inc. in the matter of SEC v. NIR Group, et al., presently pending in United States District Court, Eastern District of New York under Case No. 11-CV-04723 (E.D.N.Y.), and the depositions shall be rescheduled and proceed on such date(s) as agreed by the parties or set by the United States District Court; and that an adjourned hearing on the Debtors Application to Extend the Automatic Stay pursuant to 11 U.S.C. Sections 362(c)(3)(B) and 362(c)(3)(C)(III) will be held before the Honorable Alan S. Trust, Chief United States Bankruptcy Judge; at the United States Bankruptcy Court, 290 Federal Plaza, Courtroom 960, Central Islip, New York 11722 on May11, 2023. (RE: related document(s)8 Motion to Extend Automatic Stay filed by Debtor Corey S. Ribotsky). Signed on 3/29/2023 (amp) (Entered: 03/29/2023) |
| 03/30/2023 | 🌐 21<br>(8 pgs; 3 docs) | Ex Parte Motion for 2004 Examination *of Ashwini Lalchand* Filed by Fred S Kantrow on behalf of Allan B. Mendelsohn. (Attachments: # 1 Schedule # 2 Proposed Order) (Kantrow, Fred) (Entered: 03/30/2023) |
| 04/06/2023 | 🌐 22<br>(3 pgs) | Order Granting Motion for 2004 Examination of Ashwini Lalchand (Related Doc # 21) Signed on 4/6/2023. (amp) (Entered: 04/06/2023) |
| 04/10/2023 | 🌐 23<br>(1 pg) | Affidavit/Certificate of Service Filed by Fred S Kantrow on behalf of Allan B. Mendelsohn (RE: related document(s)21 Motion for 2004 |

| | | |
|---|---|---|
| | | Examination filed by Trustee Allan B. Mendelsohn) (Kantrow, Fred) (Entered: 04/10/2023) |
| 04/12/2023 | 🌐 24 (1 pg) | Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course Filed for Debtor. Debtor Certificate Number: 00927-NYE-DE-037340703 Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s) Judge / Trustee / 341 Meeting Assignment (Chapter 7)) (Weiss, Ronald) (Entered: 04/12/2023) |
| 04/17/2023 | 🌐 25 (8 pgs) | Amended Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) Schedule A/B, Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (Weiss, Ronald) (Entered: 04/17/2023) |
| 04/17/2023 | 🌐 26 (3 pgs; 2 docs) | Affidavit/Certificate of Service *Dated 4/17/2023* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)25 Amended Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) (No Fee) filed by Debtor Corey S. Ribotsky) (Attachments: # 1 Service List) (Weiss, Ronald) (Entered: 04/17/2023) |
| 04/19/2023 | 🌐 | Statement Adjourning 341(a) Meeting of Creditors 341(a) Meeting Adjourned to 05/24/23 at 02:00 PM at Central Islip Office. Tel # (877) 972-5101 Appearance Code: 6497800 (Mendelsohn, Allan) (Entered: 04/19/2023) |
| 05/11/2023 | 🌐 | Hearing Held; Appearances: Patricia Schrage, Michael Farina. (RE: related document(s)8 Motion to Extend Automatic Stay Filed by Debtor Corey S. Ribotsky) LETTER BRIEF TO BE FILED W/IN 10 DAYS AND THEREAFTER RESPOND TO BE FILED W/IN 10 DAYS; MOTION GRANTED AS PER TERMS STATED ON THE RECORD - SUBMIT ORDER; IF THE PROPOSED ORDER IS NOT SUBMITTED OR SETTLED AS DIRECTED WITHIN 14 DAYS, THE MATTER MAY BE DEEMED ABANDONED PURSUANT TO E.D.N.Y. L.B.R. 9072-1. (ymm) Modified on 5/12/2023 (ymm). (Entered: 05/12/2023) |
| 05/17/2023 | 🌐 27 (2 pgs) | Notice of Submission of Proposed Order Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)8 Motion to Extend Automatic Stay filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 05/17/2023) |
| 05/19/2023 | 🌐 28 (2 pgs) | Order; the SECs enforcement efforts against the Debtors post-petition wagesbe and it is hereby prohibited for a period of up to and including 30 days from the entry of this Order; within ten (10) days of the entry of this Order, Debtors Counsel shall file and serve a letter brief in support of its position that the Consent Order entered in favor of the United States Securities and Exchange Commission in the matter of SEC v. NIR Group, LLC et. al. under Case # 11-CV-04723 (EDNY) on November 13, 2013 in the sum of $14,500,000.00 is not excepted from discharge in this present Chapter 7 proceeding; within ten (10) days of the filing and service of the Letter Brief from Debtors Counsel, the United States Securities and Exchange Commission shall file its own letter brief in support of its assertion that the Consent Order entered in favor of the |

| | | |
|---|---|---|
| | | United States Securities and Exchange Commission in the matter of SEC v. NIR Group, LLC et. al. under Case # 11-CV-04723 (EDNY) on November 13, 2013 in the sum of $14,500,000.00 is a non-dischargeable debt in this present Chapter 7 proceeding; upon receipt of these letter briefs, the Court will take the matter under submission (RE: related document(s)8 Motion to Extend Automatic Stay filed by Debtor Corey S. Ribotsky). Signed on 5/19/2023 (one) (Entered: 05/22/2023) |
| 05/24/2023 | ● | Statement Adjourning 341(a) Meeting of Creditors 341(a) Meeting Adjourned to 06/20/23 at 11:00 AM at Central Islip Office. Tel # (877) 972-5101 Appearance Code: 6497800 (Mendelsohn, Allan) (Entered: 05/24/2023) |
| 05/30/2023 | ●29<br>(179 pgs; 8 docs) | Response *Re: Securities and Exchange Commission (SEC) / Court Order dated 5/19/23* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)28 Generic Order) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D-1 # 5 Exhibit D-2 # 6 Exhibit E # 7 Exhibit F) (Weiss, Ronald) (Entered: 05/30/2023) |
| 05/30/2023 | ●30<br>(23 pgs; 4 docs) | Exhibit - *Corresponding Exhibits to Response* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)29 Response filed by Debtor Corey S. Ribotsky) (Attachments: # 1 Exhibit G # 2 Exhibit H # 3 Exhibit I) (Weiss, Ronald) (Entered: 05/30/2023) |
| 05/31/2023 | ●31<br>(3 pgs; 2 docs) | Affidavit/Certificate of Service *Dated 05/31/2023* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)29 Response filed by Debtor Corey S. Ribotsky, 30 Exhibit filed by Debtor Corey S. Ribotsky) (Attachments: # 1 Service List) (Weiss, Ronald) (Entered: 05/31/2023) |
| 06/01/2023 | ●32<br>(21 pgs; 3 docs) | Transcript & Notice regarding the hearing held on 5/11/23. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the Office of the Clerk or may be purchased from the court transcriber. [Please see the court's website for contact information for the Transcription Service Agency]. (RE: related document(s) 8 Motion to Extend Automatic Stay). Notice of Intent to Request Redaction Due By 06/8/2023. Redaction Request Due By 06/22/2023. Redacted Transcript Submission Due By 07/3/2023. TRANSCRIPT ACCESS WILL BE ELECTRONICALLY RESTRICTED THROUGH 08/30/2023 AND MAY BE VIEWED AT THE OFFICE OF THE CLERK. (Veritext) (Entered: 06/01/2023) |
| 06/04/2023 | ●33<br>(3 pgs) | BNC Certificate of Mailing with Notice of Filing of Official Transcript (BK) Notice Date 06/04/2023. (Admin.) (Entered: 06/05/2023) |
| 06/09/2023 | ●34<br>(6 pgs) | Response *to Court Order and Debtor Letter* Filed by Patricia Schrage on behalf of Securities and Exchange Commission (RE: related document(s)28 Generic Order, 29 Response filed by Debtor Corey S. Ribotsky) (Schrage, Patricia) (Entered: 06/09/2023) |

| | | |
|---|---|---|
| 06/09/2023 | ● 35 (1 pg) | Affidavit/Certificate of Service Filed by Patricia Schrage on behalf of Securities and Exchange Commission (RE: related document(s)34 Response filed by Creditor Securities and Exchange Commission) (Schrage, Patricia) (Entered: 06/09/2023) |
| 06/26/2023 | ● | Chapter 7 Trustee's Report of No Distribution: I, Allan B. Mendelsohn, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Debtor appeared. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 4 months. Assets Abandoned (without deducting any secured claims): $ 21519.26, Assets Exempt: Not Available, Claims Scheduled: $ 17849665.74, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 17849665.74. (Mendelsohn, Allan) (Entered: 06/26/2023) |
| 06/27/2023 | ● 36 (3 pgs; 2 docs) | Order Discharging Debtor Chapter 7. Signed on 06/27/2023 (ch7disch). (Entered: 06/27/2023) |
| 06/29/2023 | ● 37 (2 pgs; 2 docs) | Final Decree Chapter 7. Signed on 06/29/2023 (ch7c4dsc) (Entered: 06/29/2023) |
| 06/29/2023 | ● | Bankruptcy Case Closed (ch7c4dsc) (Entered: 06/29/2023) |
| 06/29/2023 | ● 38 (5 pgs) | BNC Certificate of Mailing with Order of Discharge Notice Date 06/29/2023. (Admin.) (Entered: 06/30/2023) |
| 07/13/2023 | ● 39 (1 pg) | Letter Filed by Patricia Schrage on behalf of Securities and Exchange Commission (RE: related document(s)28 Generic Order, 34 Response filed by Creditor Securities and Exchange Commission) (Schrage, Patricia) (Entered: 07/13/2023) |
| 07/19/2023 | ● 40 (2 pgs) | Letter Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)28 Generic Order, 29 Response filed by Debtor Corey S. Ribotsky, 30 Exhibit filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 07/19/2023) |
| 07/21/2023 | ● 41 (1 pg) | Affidavit/Certificate of Service *Date of July 21, 2023* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)40 Letter filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 07/21/2023) |
| 10/04/2023 | ● 42 (3 pgs; 2 docs) | Order To Reopen Chapter 7 Case. Signed on 10/4/2023 (hrm) (Entered: 10/05/2023) |

| | | |
|---|---|---|
| 10/04/2023 | 🌐 [43](#)<br>(5 pgs; 2 docs) | Order Setting a Briefing Schedule on Debtor's Motion to Extend the Automatic Stay. (Related document(s): [8](#)Motion to Extend Automatic Stay, [20](#) Generic Order, and [28](#) Generic Order). Signed on 10/4/2023 (hrm) Modified on 10/6/2023 (hrm). (Entered: 10/05/2023) |
| 10/07/2023 | 🌐 [44](#)<br>(5 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 10/07/2023. (Admin.) (Entered: 10/08/2023) |
| 10/07/2023 | 🌐 [45](#)<br>(7 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 10/07/2023. (Admin.) (Entered: 10/08/2023) |
| 10/27/2023 | 🌐 [46](#)<br>(107 pgs; 13 docs) | Statement of Undisputed Facts Filed by Patricia Schrage on behalf of Securities and Exchange Commission (Attachments: # [1](#) Exhibit 1. Complaint # [2](#) Exhibit 2. Consent # [3](#) Exhibit 3. Final Judgment # [4](#) Exhibit 4 Rule 60b Motion page 1 # [5](#) Exhibit 4 Rule 60b Motion page 2 # [6](#) Exhibit 4 Rule 60b Motion page 3 # [7](#) Exhibit 5 SEC Opposition to Rule 60b Motion # [8](#) Exhibit 6. District Court Order & Memorandum # [9](#) Exhibit 7. Joint Letter Oct. 3, 2022 # [10](#) Exhibit 8. Letter February 8, 2023 # [11](#) Exhibit 9. Letter February 15, 2023 # [12](#) Certificate of Service) (Schrage, Patricia) (Entered: 10/27/2023) |
| 10/27/2023 | 🌐 [47](#)<br>(106 pgs; 8 docs) | Statement of Undisputed Facts Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Exhibit D # [5](#) Exhibit E # [6](#) Exhibit F # [7](#) Exhibit G) (Weiss, Ronald) (Entered: 10/27/2023) |
| 11/01/2023 | 🌐 [48](#)<br>(1 pg) | Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)[47](#) Statement of Undisputed Facts filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 11/01/2023) |
| 11/07/2023 | 🌐 [49](#)<br>(1 pg) | Letter *Requesting an Adjournment for deadline to file Response to Statement of Material Facts and Brief from November 10, 2023 to November 20, 2023* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)[43](#) Generic Order) (Weiss, Ronald) (Entered: 11/07/2023) |
| 11/10/2023 | 🌐 [50](#)<br>(60 pgs; 5 docs) | Brief Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)[43](#) Generic Order) (Attachments: # [1](#) Exhibit H - docket of SEC District Court action # [2](#) Exhibit I - docket of Prior Chapter 7 Case # [3](#) Exhibit J - docket of Present Bankruptcy Case # [4](#) Affidavit of Service) (Weiss, Ronald) (Entered: 11/10/2023) |
| 11/13/2023 | 🌐 [51](#)<br>(2 pgs) | Amended Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)[50](#) Brief filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 11/13/2023) |
| 12/21/2023 | 🌐 [52](#)<br>(7 pgs) | Memorandum Opinion Granting in Part and Denying in Part Cross Motions for Summary Judgment. Ordered, that the SECs motion for summary judgment is granted in part insofar as it seeks a determination that the Consent Judgments penalty set at $1,000,000 plus prejudgment interest thereon is nondischargeable under section |

| | | |
|---|---|---|
| | | 523(a)(7); Ordered, that summary judgment as to the Debtor and the SECs arguments on the $12,500,000 disgorgement liability and prejudgment interest thereon under section 523(a)(19) is denied; Ordered, that this Court will issue a trial scheduling order on the remaining claims. (Related document(s)20 Generic Order, 28 Generic Order, 43 Generic Order). Signed on 12/21/2023 (hrm) Modified on 12/26/2023 (hrm). (Entered: 12/21/2023) |
| 01/12/2024 | 🌐 53 (3 pgs) | Order Scheduling Contested Matters. Ordered, an Evidentiary Hearing on the Matters shall be held on April 22, 2024 at 10:00 a.m. EST at Courtroom 960 (Judge Trust), CI, NY. (Related document(s): 8Motion to Extend the Automatic Stay, 10 Objection to Motion to Extend the Automatic Stay, 20 Generic Order, 28 Generic Order, 29 Letter, 34 Letter, 43 Generic Order, 46 Statement, 47 Statement, 50 Debtor's Supplemental Briefing, and 52 Opinion/Decision for External Web Page). Signed on 1/12/2024. (hrm) (Entered: 01/12/2024) |
| 01/15/2024 | 🌐 54 (3 pgs) | Affidavit/Certificate of Service *dated January 15, 2024* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)53 Order to Schedule Hearing (Generic)) (Weiss, Ronald) (Entered: 01/15/2024) |
| 03/06/2024 | 🌐 55 (99 pgs; 4 docs) | Emergency Motion to Impose Automatic Stay *and Extend the Automatic Stay as to all Collection Efforts of the U.S. Securities and Exchange Commission the Debtors Property and all Property of this Bankruptcy Estate Under 11 U.S.C. Sections 362 (c)(3)(B) and 362(c)(3)(C)(III)* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky. (Attachments: # 1 Affirmation in Support # 2 Exhibit A # 3 Exhibit B) (Weiss, Ronald) (Entered: 03/06/2024) |
| 03/08/2024 | 🌐 56 (2 pgs) | Letter Providing Notice of Court Hearing Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)55 Motion to Impose Automatic Stay filed by Debtor Corey S. Ribotsky) Hearing scheduled for 4/22/2024 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY. (Weiss, Ronald) (Entered: 03/08/2024) |
| 03/11/2024 | 🌐 57 (3 pgs; 2 docs) | Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)55 Motion to Impose Automatic Stay filed by Debtor Corey S. Ribotsky, 56 Letter Providing Notice of Court Hearing filed by Debtor Corey S. Ribotsky) (Attachments: # 1 2nd Affidavit of Service) (Weiss, Ronald) (Entered: 03/11/2024) |
| 03/12/2024 | 🌐 58 (8 pgs) | Objection *to motion seeking to enjoin post-judgment collection actions on the SEC's nondischargeable penalty judgment* Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)55 Motion to Impose Automatic Stay filed by Debtor Corey S. Ribotsky) (Jacobson, Neal) (Entered: 03/12/2024) |
| 03/14/2024 | 🌐 59 (2 pgs) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)58 Objection filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 03/14/2024) |

| | | |
|---|---|---|
| 03/28/2024 | 🌐 [60](#)<br>(54 pgs; 7 docs) | Motion to Prohibit/Enjoin/Restrain *Securities and Exchange Commission's Motion for Rulings (I) In Limine, Clarifying the Scope of the April 22, 2024 Evidentiary Hearing on the Dischargeability of Corey Ribotsky's Disgorgement Debt to the SEC and (II) Reserving Additional Evidentiary Hearing Dates to Accommodate Unavailable Witnesses*. Objections to be filed on April 15, 2024. Hearing on Objections, if any, will be held on: April 22, 2024. Filed by Neal Jacobson on behalf of Securities and Exchange Commission. Hearing scheduled for 4/22/2024 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY. (Attachments: # [1](#) Affidavit Motion In Limine # [2](#) Exhibit A # [3](#) Exhibit b # [4](#) Exhibit C # [5](#) Exhibit D # [6](#) Exhibit E) (Jacobson, Neal) (Entered: 03/28/2024) |
| 03/29/2024 | 🌐 [61](#)<br>(2 pgs) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)[60](#) Motion to Prohibit/Enjoin/Restrain filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 03/29/2024) |
| 04/08/2024 | 🌐 [62](#)<br>(411 pgs; 23 docs) | Pre-Trial Statement Filed by Neal Jacobson on behalf of Securities and Exchange Commission (Attachments: # [1](#) Ribotsky investigative testimony transcript, part 1 # [2](#) Ribotsky investigative testimony transcript, part 2 # [3](#) SEC designation of Ribotsky testimony # [4](#) Russell Olson litigation deposition trancript, part 1 # [5](#) Russell Olson deposition trancript, part 2 # [6](#) SEC designation of Russell Olson deposition testimony # [7](#) Declaration of Daryl Dworkin # [8](#) Dworkin Declaration, Ex. A # [9](#) Dworkin Declaration Ex. B # [10](#) Dworkin Declaration Exhibit C # [11](#) Declaration of Jesse Gottlieb # [12](#) Declaration of Christopher Mele # [13](#) Mele Declaration Exhibit A # [14](#) Mele Declaration Exhibit B # [15](#) Mele Declaration Exhibit C # [16](#) Declaration of Ricky Tong # [17](#) Tong Declaration Ex. A # [18](#) Tong Declaration Exhibit B # [19](#) Declaration of Jess Shakespeare # [20](#) Shakespeare Declaration Ex. A # [21](#) Shakespeare Declaration, Ex. B # [22](#) Shakespeare Declaration, Exhibit C) (Jacobson, Neal) (Entered: 04/08/2024) |
| 04/09/2024 | 🌐 [63](#)<br>(538 pgs; 37 docs) | Affidavit Re: *Affidavit of Corey Ribotsky and Affirmation of Kevin P. Krupnick, Esq.* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)[53](#) Order to Schedule Hearing (Generic)) (Attachments: # [1](#) Attorney Affirmation # [2](#) Exhibit 003 # [3](#) Exhibit 004 # [4](#) Exhibit 006 PART 1 # [5](#) Exhibit 006 PART 2 # [6](#) Exhibit 006 PART 3 # [7](#) Exhibit 007 PART 1 # [8](#) Exhibit 007 PART 2 # [9](#) Exhibit 008 # [10](#) Exhibit 009 # [11](#) Exhibit 011 # [12](#) Exhibit 012 # [13](#) Exhibit 016 PART 1 # [14](#) Exhibit 016 PART 2 # [15](#) Exhibit 016 PART 3 # [16](#) Exhibit 016 PART 4 # [17](#) Exhibit 016 PART 5 # [18](#) Exhibit 016 PART 6 # [19](#) Exhibit 016 PART 7 # [20](#) Exhibit 016 PART 8 # [21](#) Exhibit 016 PART 9 # [22](#) Exhibit 021 # [23](#) Exhibit 025 # [24](#) Exhibit 026 # [25](#) Exhibit 027 # [26](#) Exhibit 028 # [27](#) Exhibit 029 # [28](#) Exhibit 030 # [29](#) Exhibit 033 # [30](#) Exhibit 034 # [31](#) Exhibit 044 # [32](#) Exhibit 045 PART 1 # [33](#) Exhibit 045 PART 2 # [34](#) Exhibit 045 PART 3 # [35](#) Exhibit 045 PART 4 # [36](#) Exhibit PART 5) (Weiss, Ronald) (Entered: 04/09/2024) |
| 04/09/2024 | 🌐 [64](#)<br>(4 pgs; 2 docs) | Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)[63](#) Affidavit filed by Debtor Corey S. Ribotsky) (Attachments: # [1](#) Affirmation of Service |

| | | of Debtor's Affidavit) (Weiss, Ronald) (Entered: 04/09/2024) |
|---|---|---|
| 04/09/2024 | 🌐 65 (1 pg) | Letter *Re: Explanation as to filing on 4/9/24 Debtor Affidavit and Attorney Affirmation, which were timely served on 4/8/24 upon Counsel for the SEC* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)63 Affidavit filed by Debtor Corey S. Ribotsky, 64 Affidavit/Certificate of Service filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 04/09/2024) |
| 04/09/2024 | 🌐 66 (1 pg) | Affidavit/Certificate of Service *of exhibits attached to Debtor's Affirmation* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)63 Affidavit filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 04/09/2024) |
| 04/10/2024 | 🌐 67 (2 pgs) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)62 Pre-Trial Statement filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 04/10/2024) |
| 04/11/2024 | 🌐 68 (15 pgs; 4 docs) | Motion to Withdraw as Attorney *and for Order to Show Cause scheduling hearing on expedited notice on Motion* Filed by Ronald D Weiss on behalf of Law Office of Ronald D. Weiss, P.C.. (Attachments: # 1 Affirmation per ECDNY LBR 9077-1 # 2 Proposed Order to Show Cause # 3 Proposed Order authorizing withdrawal of attorney) (Weiss, Ronald) (Entered: 04/11/2024) |
| 04/11/2024 | 🌐 69 (12 pgs; 2 docs) | Objection *Response and Opposition to Motion filed by SEC* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)60 Motion to Prohibit/Enjoin/Restrain filed by Creditor Securities and Exchange Commission) (Attachments: # 1 Exhibit A) (Weiss, Ronald) (Entered: 04/11/2024) |
| 04/11/2024 | 🌐 70 (2 pgs) | Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)69 Objection filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 04/11/2024) |
| 04/12/2024 | 🌐 71 (2 pgs) | Letter Providing Notice of Court Hearing Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)68 Motion to Withdraw as Attorney filed by Attorney Law Office of Ronald D. Weiss, P.C.) (Weiss, Ronald) (Entered: 04/12/2024) |
| 04/12/2024 | 🌐 72 (2 pgs) | Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)68 Motion to Withdraw as Attorney filed by Attorney Law Office of Ronald D. Weiss, P.C., 71 Letter Providing Notice of Court Hearing filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 04/12/2024) |
| 04/12/2024 | 🌐 | Hearing scheduled for 4/16/2024 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY. (RE: related document(s)68 Motion to Withdraw as Attorney filed by Attorney Law Office of Ronald D. Weiss, P.C.) (ymm) (Entered: 04/15/2024) |
| 04/15/2024 | 🌐 73 (6 pgs) | Objection *to Debtor's Evidentiary Submission* Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: |

| | | |
|---|---|---|
| | | related document(s)63 Affidavit filed by Debtor Corey S. Ribotsky) (Jacobson, Neal) (Entered: 04/15/2024) |
| 04/15/2024 | 🌐 74 (3 pgs) | Exhibit *Amended SEC Designation of Corey Ribotsky Testimony Replacing Dkt. No. 62-3* Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)62 Pre-Trial Statement filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 04/15/2024) |
| 04/15/2024 | 🌐 75 (15 pgs; 3 docs) | Objection *to Declaration of Daryl Dworkin* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)62 Pre-Trial Statement filed by Creditor Securities and Exchange Commission) (Attachments: # 1 Exhibit A # 2 Exhibit B) (Weiss, Ronald) (Entered: 04/15/2024) |
| 04/15/2024 | 🌐 76 (4 pgs) | Objection *to Christopher Mele* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)60 Motion to Prohibit/Enjoin/Restrain filed by Creditor Securities and Exchange Commission) (Weiss, Ronald) (Entered: 04/15/2024) |
| 04/15/2024 | 🌐 77 (3 pgs) | Objection *to Declaration of Jess Shakespeare* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)46 Statement of Undisputed Facts filed by Creditor Securities and Exchange Commission) (Weiss, Ronald) (Entered: 04/15/2024) |
| 04/15/2024 | 🌐 78 (4 pgs) | Objection *to Declaration of Jesse R. Gottlieb* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)62 Pre-Trial Statement filed by Creditor Securities and Exchange Commission) (Weiss, Ronald) (Entered: 04/15/2024) |
| 04/15/2024 | 🌐 79 (2 pgs) | Objection *to Declaration of Ricky Tong* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)62 Pre-Trial Statement filed by Creditor Securities and Exchange Commission) (Weiss, Ronald) (Entered: 04/15/2024) |
| 04/15/2024 | 🌐 80 (2 pgs) | Objection *to Declaration of Russell Olson* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)62 Pre-Trial Statement filed by Creditor Securities and Exchange Commission) (Weiss, Ronald) (Entered: 04/15/2024) |
| 04/15/2024 | 🌐 81 (1 pg) | Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)75 Objection filed by Debtor Corey S. Ribotsky, 78 Objection filed by Debtor Corey S. Ribotsky, 79 Objection filed by Debtor Corey S. Ribotsky, 80 Objection filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 04/15/2024) |
| 04/16/2024 | 🌐 | Hearing Held and Adjourned; Appearances: Neil Ackerman, Kevin Krupnick, Neal Jacobson, Corey S. Ribotsky, Patricia Schrage, Ronald D Weiss. 'Hearing scheduled for 06/18/2024 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY.(RE: related document(s) 68 Motion to Withdraw as Attorney Filed by Attorney Law Office of Ronald D. Weiss, P.C.) SUSPEND FIRST SUMMARY JUDGMENT; EACH SIDE MAY MOVE FOR SECOND TIME FOR SUMMARY JUDGMENT W/IN 21 DAYS; EACH SIDE HAS |

| | | 14 DAYS TO RESPOND TIMELY TO SUMMARY JUDGMENT, TRIAL VACATED; COURT TO ISSUE ORDER. (ymm) (Entered: 04/22/2024) |
|---|---|---|
| 04/17/2024 | 🌐 82 (1 pg) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)73 Objection filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 04/17/2024) |
| 04/22/2024 | 🌐 83 (6 pgs; 2 docs) | Order Allowing Debtor's Counsel to Withdraw as Attorney only if there is Substitute Counsel. Ordered, that the Evidentiary Hearing is vacated and will not be held on April 22, 2024 at 10:00am. Ordered, that Debtor and the United States Securities and Exchange Commission are permitted to file a Second Motion for Summary Judgement. Ordered, that the Court will Adjourn the Hearing on Debtor's Counsel's Motion to Withdraw to June 18, 2024 at 10:00 am. (Related document(s)8 Motion to Extend Automatic Stay filed by Debtor Corey S. Ribotsky, 52 Opinion/Decision for External Web Page, 53 Order to Schedule Hearing (Generic), 68 Motion to Withdraw as Attorney filed by Attorney Law Office of Ronald D. Weiss, P.C.). Signed on 4/22/2024 (hrm) (Entered: 04/22/2024) |
| 04/24/2024 | 🌐 84 (7 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 04/24/2024. (Admin.) (Entered: 04/25/2024) |
| 05/07/2024 | 🌐 85 (64 pgs; 4 docs) | Motion to Authorize/Direct *Motion for Summary Judgment / Amended Statement of Material Undisputed Facts / Memo of Law with Exhibit A* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky. Hearing scheduled for 6/18/2024 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY. (Attachments: # 1 Amended Statement of Material Undisputed Facts # 2 Memo of Law # 3 Exhibit A) (Weiss, Ronald) (Entered: 05/07/2024) |
| 05/07/2024 | 🌐 86 (78 pgs; 6 docs) | Motion For Summary Judgment Filed by Neal Jacobson on behalf of Securities and Exchange Commission. (Attachments: # 1 statement of undisputed material facts # 2 Memorandum of law # 3 Exhibit Exhibit List # 4 Replacement Exhibit # 5 replacement exhibit) (Jacobson, Neal) Modified on 5/15/2024 - ATTORNEY TO FILE NOTICE OF HEARING (alh). (Entered: 05/07/2024) |
| 05/09/2024 | 🌐 87 (64 pgs; 4 docs) | Motion For Summary Judgment Filed by Ronald D Weiss on behalf of Corey S. Ribotsky. Hearing scheduled for 6/18/2024 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY. (Attachments: # 1 Amended Statement of Material Fact # 2 Memo of Law # 3 Exhibit A) (Weiss, Ronald) Modified on 5/15/2024 - ATTORNEY TO FILE AN AMENDED NOTICE OF MOTION (alh). (Entered: 05/09/2024) |
| 05/10/2024 | 🌐 88 (2 pgs) | Amended Notice of Motion filed by Ronald D Weiss on behalf of Corey S. Ribotsky (related document(s)85, 87). Hearing scheduled for 6/18/2024 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY. (Weiss, Ronald) Modified on 5/15/2024 - to correct docket text to reflect title of document filed (alh). (Entered: 05/10/2024) |

| | | |
|---|---|---|
| 05/10/2024 | 🌐 89 (2 pgs) | Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)85 Motion to Authorize/Direct filed by Debtor Corey S. Ribotsky, 87 Motion for Summary Judgment filed by Debtor Corey S. Ribotsky, 88 Motion for Summary Judgment filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 05/10/2024) |
| 05/10/2024 | 🌐 90 (2 pgs) | Amended Notice of Motion . Objections to be filed on May 21, 2024. Filed by Neal Jacobson on behalf of Securities and Exchange Commission. Hearing scheduled for 6/18/2024 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY. (Jacobson, Neal). Related document(s) 86 Motion For Summary Judgment filed by Creditor Securities and Exchange Commission. Modified on 5/15/2024 - to remove check with Court for location from docket text and link to #86 (alh). (Entered: 05/10/2024) |
| 05/10/2024 | 🌐 91 (1 pg) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)86 Motion for Summary Judgment filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 05/10/2024) |
| 05/10/2024 | 🌐 92 (1 pg) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)86 Motion for Summary Judgment filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 05/10/2024) |
| 05/16/2024 | 🌐 93 (2 pgs) | Amended Notice of Motion/Presentment . Objections to be filed on May 21, 2024. Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)86 Motion for Summary Judgment filed by Creditor Securities and Exchange Commission) Hearing scheduled for 6/18/2024 at 10:00 AM at Courtroom 960 (Judge Trust), CI, NY. (Jacobson, Neal) Modified on 5/17/2024 to include court room in docket text (alh). (Entered: 05/16/2024) |
| 05/16/2024 | 🌐 94 (1 pg) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)93 Amended Notice of Motion/Presentment filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 05/16/2024) |
| 05/21/2024 | 🌐 95 (15 pgs) | Reply *SECURITIES AND EXCHANGE COMMISSIONS REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON THE DISCHARGEABILITY OF COREY S. RIBOTSKYS CONSENT JUDGMENT FOR THE VIOLATION OF THE FEDERAL SECURITIES LAWS* Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)86 Motion for Summary Judgment filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 05/21/2024) |
| 05/21/2024 | 🌐 96 (1 pg) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)95 Reply filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 05/21/2024) |

| | | |
|---|---|---|
| 05/22/2024 | 🌐 **97** (11 pgs) | Reply *to Securities and Exchange Commission Motion for Summary Judgment* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)86 Motion for Summary Judgment filed by Creditor Securities and Exchange Commission) (Weiss, Ronald) (Entered: 05/22/2024) |
| 05/22/2024 | 🌐 **98** (1 pg) | Letter *with explanation as to late reply due to pacer service outage* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)97 Reply filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 05/22/2024) |
| 06/18/2024 | 🌐 | Hearing Held; - Appearances: Neal Jacobson, Corey S. Ribotsky, Scott Dillon, Kenneth Byrne, Kevin Krupnick . (RE: related document(s)86 Motion for Summary Judgment Filed by Creditor Securities and Exchange Commission) MOTION SUBMITTED (ymm) (Entered: 06/21/2024) |
| 06/18/2024 | 🌐 | Hearing Held; - Appearances: Corey S. Ribotsky, Neal Jacobson, Scott Dillon, Kenneth Byrne, Kevin Krupnick. (RE: related document(s)68 Motion to Withdraw as Attorney Filed by Attorney Law Office of Ronald D. Weiss, P.C.) MOTION GRANTED - SETTLE ORDER ON 7 DAYS NOTICE ; IF THE PROPOSED ORDER IS NOT SUBMITTED OR SETTLED AS DIRECTED WITHIN 14 DAYS, THE MATTER MAY BE DEEMED ABANDONED PURSUANT TO E.D.N.Y. L.B.R. 9072-1. (ymm) (Entered: 06/21/2024) |
| 06/18/2024 | 🌐 | Hearing Held; - Appearances: Corey S. Ribotsky, Neal Jacbson, Scott Dillon, Kenneth Byrne, Kevin Krupnick. (RE: related document(s)85 Motion for Summary Judgment. Filed by Debtor Corey S. Ribotsky) MOTON SUBMITTED (ymm) (Entered: 06/21/2024) |
| 06/18/2024 | 🌐 | Hearing Held; - Appearances: Corey S. Ribotsky, Neal Jacobson, Scott Dillon, Kenneth Byrne, Kevin Krupnick. (RE: related document(s)87 Motion for Summary Judgment Filed by Debtor Corey S. Ribotsky) MOTION SUBMITTED (ymm) (Entered: 06/21/2024) |
| 06/18/2024 | 🌐 | Hearing Held; - Appearances: Neal Jacobson, Corey S. Ribotsky, Scott Dillon, Kenneth Byrne, Keving Krupnick. (RE: related document(s)90 Motion for Summary Judgment Filed by Creditor Securities and Exchange Commission) MOTION SUBMITTED (ymm) (Entered: 06/21/2024) |
| 07/02/2024 | 🌐 **99** (1 pg) | Notice of Settlement of Proposed Order; Order to be settled for 7/9/24 Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)68 Motion to Withdraw as Attorney filed by Attorney Law Office of Ronald D. Weiss, P.C., 83 Generic Order, Hearing Held (Document BK & AP)) (Weiss, Ronald) (Entered: 07/02/2024) |
| 07/02/2024 | 🌐 **100** (1 pg) | Exhibit *Re: Exhibit (Proposed Order) related to the Notice of Settlement of Proposed Order; docket no. 99* Filed by Ronald D |

| | | |
|---|---|---|
| | | Weiss on behalf of Corey S. Ribotsky (RE: related document(s)99 Notice of Settlement of Proposed Order filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 07/02/2024) |
| 07/02/2024 | 🌐 101 (5 pgs) | Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)99 Notice of Settlement of Proposed Order filed by Debtor Corey S. Ribotsky, 100 Exhibit filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 07/02/2024) |
| 07/12/2024 | 🌐 102 (1 pg) | Order Pursuant to Local Bankruptcy Rule 2090-1(d) Authorizing the Law Office of Ronald D. Weiss, P.C. to Withdraw as Counsel of Record for Debtor in this Bankruptcy Case. Signed on 7/12/2024 (Related Doc # 68) (caf) (Entered: 07/12/2024) |
| 07/15/2024 | 🌐 103 (1 pg) | Letter *: Request to File Supplemental Brief based upon US Supreme Court decision* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)86 Motion for Summary Judgment filed by Creditor Securities and Exchange Commission, 87 Motion for Summary Judgment filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 07/15/2024) |
| 07/15/2024 | 🌐 104 (2 pgs) | Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)103 Letter filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 07/15/2024) |
| 07/18/2024 | 🌐 105 (1 pg) | Letter *: Revised supplemental request to file supplemental brief* Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)103 Letter filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 07/18/2024) |
| 01/06/2025 | 🌐 106 (11 pgs) | Memorandum Opinion Denying Debtor's Motion for Summary Judgment and Granting SEC's Motion for Summary Judgment (RE: related document(s)52 Opinion/Decision for External Web Page, 86 Motion For Summary Judgment filed by Creditor Securities and Exchange Commission, 87 Motion For Summary Judgment filed by Debtor Corey S. Ribotsky). Signed on 1/6/2025 (caf). (Entered: 01/06/2025) |
| 01/06/2025 | 🌐 107 (12 pgs; 2 docs) | Court's Service List (RE: related document(s)106 Opinion/Decision for External Web Page) (caf) (Entered: 01/06/2025) |
| 01/08/2025 | 🌐 108 (13 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 01/08/2025. (Admin.) (Entered: 01/09/2025) |
| 01/10/2025 | 🌐 109 (3 pgs; 2 docs) | Order and Judgment. Ordered; that the SECs motion for summary judgment against Debtor COREY S. RIBOTSKY is granted on the SECs claims arising under Section 523(a)(19) of the Bankruptcy Code; that Debtor COREY S. RIBOTSKYS motion for summary judgment against the SEC is denied; and that the entire amount of Corey S. Ribotskys debt to the SEC ordered in the Consent Judgment including a civil money penalty in the amount of $1,000,000 (one million dollars); disgorgement in the amount of $12,500,000 (twelve million five hundred thousand dollars); prejudgment interest in the amount of $1,000,000 (one million dollars); and any applicable post- |

| | | |
|---|---|---|
| | | judgment interest, is not dischargeable pursuant to Section523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19). RE: related document(s)106 Opinion/Decision for External Web Page). Signed on 1/10/2025 (alh) (Entered: 01/10/2025) |
| 01/10/2025 | 🌐 110 (3 pgs; 2 docs) | Order and Judgment. The SECs motion for summary judgment against Debtor COREY S. RIBOTSKY is granted on the SECs claims arising under Section 523(a)(19) of the Bankruptcy Code. Debtor COREY S. RIBOTSKYS motion for summary judgmentagainst the SEC is denied. The entire amount of Corey S. Ribotskys debt to the SEC ordered in the Consent Judgment including a civil money penalty in the amount of $1,000,000 (one million dollars); disgorgement in the amount of $12,500,000 (twelve million five hundred thousand dollars); prejudgment interest in the amount of $1,000,000 (one million dollars); and any applicable post-judgment interest, is not dischargeable pursuant to Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19). (RE: related document(s)106 Opinion/Decision for External Web Page). Signed on 1/10/2025 (caf) (Entered: 01/10/2025) |
| 01/12/2025 | 🌐 111 (5 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 01/12/2025. (Admin.) (Entered: 01/13/2025) |
| 01/12/2025 | 🌐 112 (4 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 01/12/2025. (Admin.) (Entered: 01/13/2025) |
| 01/20/2025 | 🌐 113 (9 pgs; 2 docs) | Notice of Appeal to District Court. . Fee Amount $298, Civil Cover Sheet Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)106 Opinion/Decision for External Web Page, 109 Judgment, 110 Judgment). Appellant Designation due by 02/3/2025. Transmission of Designation to District Court Due by 02/19/2025. (Weiss, Ronald) (Entered: 01/20/2025) |
| 01/21/2025 | | Receipt of Notice of Appeal( 8-23-70583-ast) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A23278855. Fee amount 298.00. (re: Doc# 113) (U.S. Treasury) (Entered: 01/21/2025) |
| 01/21/2025 | 🌐 114 (2 pgs; 2 docs) | Notice to Parties of Requirements, Deadlines (RE: related document(s)113 Notice of Appeal filed by Debtor Corey S. Ribotsky, Civil Cover Sheet) (alh) (Entered: 01/21/2025) |
| 01/21/2025 | 🌐 115 (49 pgs; 4 docs) | Transmittal of Notice of Appeal to District Court (RE: related document(s)106 Opinion/Decision for External Web Page, 109 Judgment, 110 Judgment, 113 Notice of Appeal filed by Debtor Corey S. Ribotsky, Civil Cover Sheet) (Attachments: # 1 Bankruptcy Docket) (alh) (Entered: 01/21/2025) |
| 01/21/2025 | 🌐 116 (3 pgs) | Notice of Docketing Record on Appeal to District Court. Civil Action Number: 25-cv-00349 District Court Judge Frederic Block assigned. (RE: related document(s)113 Notice of Appeal filed by Debtor Corey S. Ribotsky, Civil Cover Sheet) (alh) (Entered: 01/21/2025) |

| | | |
|---|---|---|
| 01/23/2025 | ● 117 (3 pgs) | BNC Certificate of Mailing with Notice/Order Notice Date 01/23/2025. (Admin.) (Entered: 01/24/2025) |
| 01/23/2025 | ● 118 (10 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 01/23/2025. (Admin.) (Entered: 01/24/2025) |
| 02/07/2025 | ● 119 (5 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)113 Notice of Appeal filed by Debtor Corey S. Ribotsky, Civil Cover Sheet). Appellee designation due by 02/21/2025. (Weiss, Ronald) Modified on 2/12/2025 - ATTORNEY TO REFILE DESIGNATION WITH DISTRICT COURT NUMBER REFLECTED ON DOCUMENT (alh). (Entered: 02/07/2025) |
| 02/10/2025 | ● 120 (2 pgs) | Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)119 Appellant Designation & Statement of Issues filed by Debtor Corey S. Ribotsky) (Weiss, Ronald) (Entered: 02/10/2025) |
| 02/11/2025 | ● | Electronic Order from District Court - Civil Case # 25-cv-00349. ELECTRONIC ORDER: The Clerk of the Court is directed to re-assign this Bankruptcy Appeal to Judge Azrack as related to CV-11-4723, SEC vs. NIR Group. Ordered by Judge Frederic Block on 2/6/2025. (RE: related document(s)113 Notice of Appeal filed by Debtor Corey S. Ribotsky, Civil Cover Sheet, 116 Notice of Docketing Record on Appeal) (alh) (Entered: 02/11/2025) |
| 02/11/2025 | ● | Civil Case # 25-cv-00349 - ORDER REASSIGNING CASE. Case reassigned to Judge Joan M. Azrack for all further proceedings. Judge Frederic Block no longer assigned to case. Related document(s) 113 Notice of Appeal filed by Debtor Corey S. Ribotsky, 116 Notice of Docketing Record on Appeal, Electronic Order from District Court. (alh). (Entered: 02/11/2025) |
| 02/11/2025 | ● 121 (356 pgs; 28 docs) | *Notice by Securities and Exchange Commission's ("SEC") of filing additional items to be included in record on Appeal Local Bankruptcy Rule 8009-1(a)* Filed by Neal Jacobson on behalf of Securities and Exchange Commission. (Attachments: # 1 Exhibit G-79A # 2 Exhibit G-79B # 3 Exhibit G-80 # 4 Exhibit G-81A # 5 Exhibit G-82A # 6 Exhibit G-82B # 7 Exhibit G-82C # 8 Exhibit G-87 # 9 Exhibit G-92 # 10 Exhibit G-98 # 11 Exhibit G-106 # 12 Exhibit G-107 # 13 Exhibit G-123 # 14 Exhibit G-125A # 15 Exhibit G-125A # 16 Exhibit G-128B # 17 Exhibit H-10 part 1 # 18 Exhibit H-10 part 2 # 19 Exhibit H-20 # 20 Exhibit H-59 # 21 Exhibit H-60 # 22 Exhibit H-62 part 1 # 23 Exhibit H-62 part 2 # 24 Exhibit A-first amended complaint # 25 Exhibit B - Ribotsky Final Judgment # 26 Exhibit E-transcript of plea # 27 Exhibit judgment)(Jacobson, Neal) Modified on 2/12/2025 - to correct title of document in docket text (alh). (Entered: 02/11/2025) |

| 02/11/2025 | 🌐 [122](#)<br>(1 pg) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)[121](#) Addendum to Record on Appeal filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 02/11/2025) |
|---|---|---|
| 02/12/2025 | 🌐 [123](#)<br>(3 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Neal Jacobson on behalf of Securities and Exchange Commission. (Jacobson, Neal) Modified on 2/12/2025 - ATTORNEY TO REFILE DESIGNATION WITH DISTRICT COURT NUMBER REFLECTED ON DOCUMENT (alh). (Entered: 02/12/2025) |
| 02/12/2025 | 🌐 [124](#)<br>(1 pg) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)[123](#) Appellee Designation filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 02/12/2025) |
| 02/12/2025 | 🌐 [125](#)<br>(3 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Neal Jacobson on behalf of Securities and Exchange Commission. (Jacobson, Neal) (Entered: 02/12/2025) |
| 02/12/2025 | 🌐 [126](#)<br>(1 pg) | Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission (RE: related document(s)[125](#) Appellee Designation filed by Creditor Securities and Exchange Commission) (Jacobson, Neal) (Entered: 02/12/2025) |
| 02/12/2025 | 🌐 [127](#)<br>(2 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Ronald D Weiss on behalf of Corey S. Ribotsky (RE: related document(s)[113](#) Notice of Appeal filed by Debtor Corey S. Ribotsky, Civil Cover Sheet). Appellee designation due by 02/26/2025. (Weiss, Ronald) (Entered: 02/12/2025) |