| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Corey S. Ribotsky | Social Security number or ITIN: xxx–xx–9782 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7  2/17/23 |
| Case number: | 8–23–70583–ast | |

# TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on January 20, 2025 by Ronald D Weiss on behalf of Corey S. Ribotsky, appealing Memorandum Opinion Denying Debtor's Motion for Summary Judgment and Granting SEC's Motion for Summary Judgment, Order and Judgment, and Order and Judgment, document number 106, 109, and 110.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

1. Appellant Designation of Contents For Inclusion in Record On Appeal & Statement of Issues Filed by Ronald D Weiss on behalf of Corey S. Ribotsky – Docket #119.
2. Affidavit/Certificate of Service Filed by Ronald D Weiss on behalf of Corey S. Ribotsky – Docket #120.
3. Notice by Securities and Exchange Commission's ("SEC") of filing additional items to be included in record on Appeal Local Bankruptcy Rule 8009–1(a) Filed by Neal Jacobson on behalf of Securities and Exchange Commission – Docket #121.
4. Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission – Docket #122.
5. Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Neal Jacobson on behalf of Securities and Exchange Commission – Docket #123.
6. Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission – Docket #124.
7. Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Neal Jacobson on behalf of Securities and Exchange Commission – Docket #125.
8. Affidavit/Certificate of Service Filed by Neal Jacobson on behalf of Securities and Exchange Commission – Docket #126.
9. Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Ronald D Weiss on behalf of Corey S. Ribotsky – Docket #127.
10. Bankruptcy Docket.

Dated: February 19, 2025                                                                                                          Paul Dickson, Clerk of Court

By: s/Alexis Hennigan

Deputy Clerk

**BLadroap.jsp** [Transmittal of Additional Record on Appeal 04/17/17]