**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

COREY S. RIBOTSKY,                                          **JUDGMENT**
                                                    Bank Case No. 8-23-70583-ast
                    Debtor-Appellant,                   CV 25-0349 (JMA)

        -against-

SECURITIES AND EXCHANGE COMMISSION,

                    Creditor-Appellee.
------------------------------------------------------------X


        A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge,

having been filed on March, 23, 2026, affirming the Bankruptcy Court's January 6, 2025

Opinion and January 10, 2025 Order, and respectfully directing the Clerk of Court to close this

case, it is

        **ORDERED AND ADJUDGED** that the Bankruptcy Court's January 6, 2025 Opinion

and the January 10, 2025 Order are affirmed; and that this case is closed.


Dated:  March 23, 2026
        Central Islip, New York


                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                            BY:    /S/ JAZMIN M. CUBANO
                                        DEPUTY CLERK