United States Bankruptcy Court
Eastern District of New York

In re: Case No. 23-70583-ajb
Corey S. Ribotsky Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8 User: admin Page 1 of 3
Date Rcvd: Sep 23, 2026 Form ID: 151 Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey S. Ribotsky, 5 Campo Circle, Old Westbury, NY 11568-1535 |
| aty | + | The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, NY 11787-5020 |
| 10157774 | | American CB, 130 Rumford Ave, Suite 202, Auburndale, MA 02466-1371 |
| 10157791 | + | Haresh Lalchand, c/o George M. Gavalas Esq, 2929 Expressway Dr N, Suite 310, Islandia, NY 11749-5302 |
| 10157798 | + | Securities and Exchange, Commission, 233 Broadway, New York, NY 10279-0001 |
| 10157799 | + | The Krupnick Firm, 56 Hammond Rd, Glen Cove, NY 11542-3437 |
| 10193492 | + | U.S. Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6299 |
| 10157801 | + | US Securities & Exchange, Commission, Mail Stop 11-7, 450 Fifth Street N.W., Washington, DC 20549-0006 |
| 10157800 | + | US Securities & Exchange, Commission, 3 World Financial Center, Suite 400, New York, NY 10281-1019 |
| 10157803 | + | US Securities & Exchange, Attn: Bankruptcy Group, Brookfield Place, 200 Vessey St, Ste 400, New York, NY 10281-5520 |
| 10157802 | + | US Securities & Exchange, 100 Pearl St, Suite 20-100, New York, NY 10004-6024 |
| 10202610 | + | United States Securities & Exchange Commission, c/o Patricia Schrage, 100 Pearl Street, Ste. 20-100, New York, NY 10004-6003 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 23 2026 19:52:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Sep 23 2026 19:51:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Sep 23 2026 19:51:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10157775 | | Email/Text: g17768@att.com | Sep 23 2026 19:49:00 | AT&T Mobility, Attn: Bankruptcy, PO Box 537113, Atlanta, GA 30353-7113 |
| 10157776 | + | Email/Text: g17768@att.com | Sep 23 2026 19:49:00 | AT&T Mobility, c/o At&t Services Inc., One At&t Way,, Suite 3A104, Bedminster, NJ 07921-2693 |
| 10157777 | + | Email/Text: g17768@att.com | Sep 23 2026 19:49:00 | AT&T Mobility, Attn: Bankruptcy, 2220 Campbell Creek Blvd, Richardson, TX 75082-4420 |
| 10157780 | | Email/Text: cfcbackoffice@contfinco.com | Sep 23 2026 19:50:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Suite 4, Wilmington, DE 19808 |
| 10157781 | | Email/Text: cfcbackoffice@contfinco.com | Sep 23 2026 19:50:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 10157778 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2026 19:47:31 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 10157779 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2026 19:47:59 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 10157782 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2026 19:48:29 | Credit One Bank, Attn: Bankruptcy Department, |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 98873, Las Vegas, NV 89193-8873 |
| 10157783 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2026 19:47:57 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 10157785 | + | Email/Text: mrdiscen@discover.com | Sep 23 2026 19:49:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 10157784 | + | Email/Text: mrdiscen@discover.com | Sep 23 2026 19:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 10157789 | | Email/Text: BNSFS@capitalsvcs.com | Sep 23 2026 19:49:00 | First Savings Bank/Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 10157788 | | Email/Text: BNSFS@capitalsvcs.com | Sep 23 2026 19:49:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 10157787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2026 19:48:14 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 10157786 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2026 19:48:30 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 10157790 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2026 19:51:00 | Genesis FS Card Svc. Inc., c/o Quantum 3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 10157792 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2026 19:50:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 10173294 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2026 19:48:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 10157795 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2026 19:48:22 | Merrick Bank, c/o Resurgent Capital Svc, PO Box 10368, Greenville, SC 29603-0368 |
| 10157793 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2026 19:48:22 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 10157794 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2026 19:46:21 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 10157796 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 23 2026 19:52:00 | New York State DTF, Bankruptcy Unitl - TCD, Building 8, Rm 455, W.A. Harriman Campus, Albany, NY 12227-0001 |
| 10169192 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 23 2026 19:52:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 10172576 | | Email/Text: PSEGLongIslandBankruptcy@psegliny.com | Sep 23 2026 19:49:00 | PSEG LI, 15 Park Drive, Special Collections, Melville, NY 11747-15 |
| 10157797 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2026 19:52:00 | Premier Bankcard, LLC, c/o Jefferson Capital Sys, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 10168938 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2026 19:51:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 10177685 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 23 2026 19:52:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1911 |
| 10157804 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 23 2026 19:52:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 10157805 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 23 2026 19:52:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allan B. Mendelsohn | amendelsohn@amendelsohnlaw.com ecf.alert+mendelsohn@titlexi.com |
| Fred S Kantrow | on behalf of Trustee Allan B. Mendelsohn fkantrow@thekantrowlawgroup.com hkantrow@thekantrowlawgroup.com;kantrow.fredr102844@notify.bestcase.com;jmatias@thekantrowlawgroup.com |
| Neal Jacobson | on behalf of Creditor Securities and Exchange Commission jacobsonn@sec.gov |
| Patricia Schrage | on behalf of Creditor Securities and Exchange Commission schragep@sec.gov kingmp@sec.gov |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Corey S. Ribotsky<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–9782 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: | 7 2/17/23 |
| Case number: | 8–23–70583–ajb | | |

# NOTICE REASSIGNING CASE

# NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated September 22, 2026, the above–captioned case and any related adversary proceedings have been reassigned to the Honorable Alice J Byowitz, United States Bankruptcy Judge effective September 23, 2026. Please take note of the new case number: **8–23–70583–ajb** .

Dated: September 23, 2026

For the Court, Paul Dickson, Clerk of Court